# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

CRIS JAO BRETANA

**SUMMONS IN A CIVIL CASE**

**ADR**

V.

CASE NUMBER:

**C07 05934 JF**
**HRL**

INTERNATIONAL COLLECTION CORPORATION, and CHARLES D. HENDRICKSON

TO:

International Collection Corporation
c/o Chuck Hendrickson, Agent for Service
1930 Wilshire Boulevard, Suite 908
Los Angeles, California 90057-3619

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                              NOV 2 6 2007
_____                 _____
CLERK                                           DATE

_____
(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Fred W Schwinn, 225575 <br> CONSUMER LAW CENTER <br> 12 S 1ST ST STE 1014 <br> SAN JOSE, CA 95113-2403 <br> TELEPHONE NO.: (408) 294-6100 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 280 S. First St. #2112 <br> San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Bretana <br> DEFENDANT/RESPONDENT: International Collection Corporation | CASE NUMBER: <br> C07-05934-JF-HRL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> C07-05934-JF-HRL |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges, Notice of Assignment of Case, COnsent to Proceed before a United States Magistrate Judge, ADR Packet

3. a. Party served: International Collection Corporation         **BY FAX**

   b. Person Served: Chuck Hendrickson - Person authorized to accept service of process

4. Address where the party was served: 1930 Wilshire Boulevard 908
   Los Angeles, CA 90057

5. I served the party
   b. **by substituted service.** On (date): December 19, 2007   at (time): 4:11 pm   I left the documents listed in item 2 with or in the presence of: Marlon Baldovino
      (1) **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   International Collection Corporation
      under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:           Jimmy Lizama
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 69.25
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 20, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

| Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. July 1, 2004] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> FF# 6653460 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA  95113-2403 | (408) 294-6100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>C07-05934-JF-HRL | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA  95113-3008

PLAINTIFF:

Bretana

DEFENDANT:

International Collection Corporation

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>C07-05934-JF-HRL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On December 20, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges, Notice of Assignment of Case, COnsent to Proceed before a United States Magistrate Judge, ADR Packet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

> International Collection Corporation
> Chuck Hendrickson
> 1930 Wilshire Boulevard, 908
> Los Angeles, CA  90057

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 69.25

Solomon Rodriguez
One Legal
504 Redwood Blvd #223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 20, 2007 at Los Angeles, California.

_Solomon Rodriguez_
Solomon Rodriguez

FF# 6653460

# ONE LEGAL LLC
## CONFIRMATION For **Service of Process**



Date: 12/20/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6653460 |
|---|

| Customer | CONSUMER LAW CENTER | Attorney | Fred W Schwinn |
|---|---|---|---|
| Customer No. | 0055054 | Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | Contact | Fred W Schwinn |
| | | Contact e-mail | fred.schwinn@sjconsumerlaw.com |
| | | Contact Phone | (408) 294-6100 Ext 111 |
| | | Contact Fax | (408) 294-6190 |
| | | Law Firm File Number | C07-05934-JF-HRL |

**Case Information:**

Case Number C07-05934-JF-HRL
County SANTA CLARA
Court Northern District of California
Case Short Title Bretana vs. International Collection Corporation

| Documents Received: | No. Docs: 7   No. Pgs: 61 |
|---|---|

Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges, Notice of Assignment of Case, COnsent to Proceed before a United States Magistrate Judge, ADR Packet

Party to Serve: International Collection Corporation
Service address: 1930 Wilshire Boulevard 908 Los Angeles, CA 90057

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Declaration of Diligence | 10.00 |
| | Copies | 15.25 |
| | Check No. | Total: 69.25 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.