# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

CRIS JAO BRETANA

**SUMMONS IN A CIVIL CASE**

ADR

CASE NUMBER:

V.

INTERNATIONAL COLLECTION CORPORATION, and CHARLES D. HENDRICKSON

C07 05934 JF HRL

TO:

Charles D. Hendrickson
International Collection Corporation
1930 Wilshire Boulevard, Suite 908
Los Angeles, California 90057-3619

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                    NOV 2 6 2007

CLERK                                 DATE

_[signature]_

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Fred W Schwinn, 225575 <br> CONSUMER LAW CENTER <br> 12 S 1ST ST STE 1014 <br> SAN JOSE, CA 95113-2403 <br> TELEPHONE NO.: (408) 294-6100 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 280 S. First St. #2112 <br> San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Bretana <br> DEFENDANT/RESPONDENT: International Collection Corporation | CASE NUMBER: <br> C07-05934-JF-HRL |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> C07-05934-JF-HRL |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges, Notice of Assignment of Case, COnsent to Proceed before a United States Magistrate Judge, ADR Packet

3. a. Party served:   Charles D. Hendrickson

   b. Person Served: Marlon Baldovino - Person in Charge of Office

   **BY FAX**

4. Address where the party was served:   1930 Wilshire Boulevard 908
   Los Angeles, CA 90057

5. I served the party
   b. **by substituted service.** On (date): December 19, 2007   at (time): 4:11 pm   I left the documents listed in item 2 with or in the presence of: Marlon Baldovino
      (1) **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. Name:      Jimmy Lizama
   b. Address:   One Legal - 194-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $: 40.25
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 20, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                         (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6653461

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>ATTORNEY FOR (Name): Plaintiff | (408) 294-6100<br><br>Ref. No. or File No.<br>C07-05934-JF-HRL | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Bretana

DEFENDANT:

International Collection Corporation

| DECLARATION OF DILIGENCE | | | | CASE NUMBER:<br>C07-05934-JF-HRL |
|---|---|---|---|---|

I received the within process on December 15, 2007 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  Charles D. Hendrickson

(1) BUSINESS: International Collection Corpo 1930 Wilshire Boulevard, 908, Los Angeles, CA 90057

As enumerated below:

December 17, 2007 09:00 AM    at address (1) above. Not in.. Per employee
December 18, 2007 02:30 PM    at address (1) above. Not in.. Per employee
December 19, 2007 04:11 PM    at address (1) above. Other. Sub-served to Marlon Baldovino

Registered California process server.
County: LOS ANGELES
Registration No.: 4553
Expiration: October 11, 2009

Jimmy Lizama
One Legal
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 20, 2007 at Los Angeles,

Jimmy Lizama

FF# 6653461

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Fred W Schwinn, 225575 <br> CONSUMER LAW CENTER <br> 12 S 1ST ST STE 1014 <br> SAN JOSE, CA 95113-2403 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: <br> (408) 294-6100 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No. <br> C07-05934-JF-HRL | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Bretana

DEFENDANT:

International Collection Corporation

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER: <br> C07-05934-JF-HRL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On December 20, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges, Notice of Assignment of Case, COnsent to Proceed before a United States Magistrate Judge, ADR Packet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Charles D. Hendrickson
1930 Wilshire Boulevard, 908
Los Angeles, CA 90057

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$: 40.25

Fee for Service:

Kenya Williams
One Legal
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 20, 2007 at Los Angeles,

_Kenya Williams_ (signature)
Kenya Williams

FF# 6653461

# ONE LEGAL LLC
## CONFIRMATION For Service of Process



Date: 12/20/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6653461 |
|---|

| | |
|---|---|
| Customer CONSUMER LAW CENTER | Attorney Fred W Schwinn |
| Customer No. 0055054 | Attorney e-mail fred.schwinn@sjconsumerlaw.com |
| Address 12 S 1ST ST STE 1014  SAN JOSE, CA 95113-2403 | Contact Fred W Schwinn |
| | Contact e-mail fred.schwinn@sjconsumerlaw.com |
| | Contact Phone (408) 294-6100 Ext 111 |
| | Contact Fax (408) 294-6190 |
| | Law Firm File Number C07-05934-JF-HRL |

**Case Information:**

Case Number C07-05934-JF-HRL
County SANTA CLARA
Court Northern District of California
Case Short Title Bretana vs. International Collection Corporation

| Documents Received: | No. Docs: 7    No. Pgs: 61 |
|---|---|

Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges, Notice of Assignment of Case, COnsent to Proceed before a United States Magistrate Judge, ADR Packet

Party to Serve: Charles D. Hendrickson       Service address: 1930 Wilshire Boulevard 908
                                                              Los Angeles, CA  90057

**This is a Confirmation Only.  Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Additional Entities | 15.00 |
| | Declaration of Diligence | 10.00 |
| | Copies | 15.25 |
| | Check No. | Total: 40.25 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.