

# International Collection Corporation
Post Office Box 86880, Los Angeles, California 90086-0880
**(213) 483-9999**

國際收賬公司

Member Offices in Auckland, Melbourne, Tokyo, Manila, Hong Kong, Qingdao, Singapore, Bombay, New Delhi, Stockholm, Bremen, Oslo, Amsterdam, Brussels, Zurich, London, Firenze, Madrid, Buenos Aires, Bogota, Santiago, Mexico City, Lima, Sao Paulo, Cairo, Jakarta, Colombo, Dubai, Nairobi, Kampala, Dar Es Salaam and Johannesburg.



December 1, 2006                                   Certified Mail

Cris Bretana
280 S Pastoria Ave
Sunnyvale CA 94806

Re: Harrah's Casino Hotel/Reno
    Account #034350-5

| | |
|---|---|
| Principal: | $1500.00 |
| Return check fee: | $ 25.00 |
| Interest: | $ 168.49 |
| Balance: | $1693.49 |

Dear Cris Bretana:

Our attorneys have advised us that under California law 1719 Civil Code, states that unless cash or certified funds in the amount of your NSF check(s) plus the cost of $25.00 for each returned item is received by us in 30 days from the date of this letter, we are entitled to recover for our client, the amount of the checks(s), plus treble damages up to $1500.00 for each bad check.

If suit is filed, you will also be responsible for interest, court costs, and service for process fees. The court may also award us attorney fees.

Should you wish to avoid the above-added costs, we suggest you remit the balance today. If you have any questions, please feel free to call (213) 483-9999.

Yours truly,

*[signature]*

L Cioppa
Debt Collector

Enclosed please find copy(s) of your returned check(s) #r0761151 dated 10/17/05 for $3000.00.

EXHIBIT 1

This is an attempt to collect a debt and any information obtained will be used for that purpose.

