


# **I**nternational **C**ollection **C**orporation

Post Office Box 86880, Los Angeles, California 90086-0880
**(213) 483-9999**

國際收賬公司

Member Offices in Auckland, Melbourne, Tokyo, Manila, Hong Kong, Qingdao, Singapore, Bombay, New Delhi, Stockholm, Bremen, Oslo, Amsterdam, Brussells, Zurich, London, Firenze, Madrid, Buenos Aires, Bogota, Santiago, Mexico City, Lima, Sao Paulo, Cairo, Jakarta, Colombo, Dubai, Nairobi, Kampala, Dar Es Salaam and Johannesburg.

DECEMBER 28, 2006

034350-5
CRIS BRETANA
280 S PASTORIA AVE
SUNNYVALE CA 94086


RE: HARRAH'S CASINO HOTEL/RENO
    R2839987

| | | |
|---|---|---|
| PRINCIPAL: | $ | 1,500.00 |
| TREBLE DAMAGES: | $ | .00 |
| INTEREST: | $ | 179.58 |
| TOTAL: | $ | 1,679.58 |

DEAR CRIS BRETANA                         :

THIS IS A DEMAND FOR PAYMENT IN FULL TODAY!

WE HAVE MADE EVERY EFFORT TO ASSIST YOU IN RESOLVING THIS IN A POSITIVE FASHION. IF THERE IS SOMETHING CONCERNING OUR CASE WE ARE UNAWARE OF, PLEASE LET US KNOW. IF WE DO NOT HEAR FROM YOU WE MUST ASSUME THAT YOU ARE AVOIDING YOUR RESPONSIBILITIES.

WE WOULD LIKE TO REMIND YOU THAT THIS DEROGATORY INFORMATION COULD STAY ON YOUR CREDIT REPORT FOR SEVERAL YEARS. PLEASE TAKE THE TIME TO RESOLVE THIS IMMEDIATELY.

YOURS TRULY,

*[signature]*

LUIGI CIOPPA
DEBT COLLECTOR
(213)-483-9999

EXHIBIT 2

This is an attempt to collect a debt and any information obtained will be used for that purpose.