

# International Collection Corporation     國際收賬公司
Post Office Box 86880, Los Angeles, California 90086-0880
**(213) 483-9999**

Member Offices in Auckland, Melbourne, Tokyo, Manila, Hong Kong, Qingdao, Singapore, Bombay, New Delhi, Stockholm, Bremen, Oslo, Amsterdam, Brussels, Zurich, London, Firenze, Madrid, Buenos Aires, Bogota, Santiago, Mexico City, Lima, Sao Paulo, Cairo, Jakarta, Colombo, Dubai, Nairobi, Kampala, Dar Es Salaam and Johannesburg.

Global Credit Solutions

JANUARY 09, 2007

034350-5
CRIS BRETANA
280 S PASTORIA AVE
SUNNYVALE CA 94086


RE: HARRAH'S CASINO HOTEL/RENO
    R2839987

| | | |
|---|---|---|
| PRINCIPAL: | $ | 1,500.00 |
| TREBLE DAMAGES: | $ | 1,500.00 |
| INTEREST: | $ | 184.51 |
| BALANCE: | $ | 3,184.51 |

DEAR CRIS BRETANA

BEFORE COMMENCING A LAWSUIT THROUGH THE OFFICES OF FRANKLIN LOVE, I AM OFFERING YOU THIS FINAL OPPORTUNITY TO PAY THIS ACCOUNT IN FULL OR TO MAKE SATISFACTORY PAYMENT ARRANGEMENTS.

IF PAYMENT OR SATISFACTORY ARRANGEMENTS ARE NOT MADE WITHIN 10 DAYS HEREOF, I HAVE BEEN INSTRUCTED TO CONSIDER FILING A LAWSUIT THROUGH OUR LAWYER AGAINST YOU.  SHOULD A LAWSUIT BE INITIATED, YOU COULD BE HELD TO PAY NOT ONLY THE PRINCIPAL SUM, BUT ALSO INTEREST, ATTORNEY FEES WHERE APPLICABLE AND COSTS OF SUIT.  MR. LOVE HAS STATED THAT SHOULD A LAWSUIT BE FILED A JUDGMENT COULD BE ISSUED, WHICH COULD HAVE THE CONSEQUENCE OF SUBJECTING CERTAIN OF YOUR ASSETS TO GARNISHMENT OR SEIZURE. IN ADDITION, THIS ENTIRE MATTER COULD HAVE A NEGATIVE IMPACT ON YOUR CREDIT RATING.

I STRONGLY URGE YOU TO DULY CONSIDER THE CONTENTS OF THIS LETTER, AND I HOPE THAT YOU WILL RESPOND ACCORDINGLY.  NO FURTHER NOTICE WILL BE SENT TO YOU PRIOR TO THE INITIATION OF A LAWSUIT.

VERY TRULY YOURS,

*Luigi Cioppa* (signature)

LUIGI CIOPPA
DEBT COLLECTOR

EXHIBIT 3

This is an attempt to collect a debt and any information obtained will be used for that purpose.