ORIGINAL



FILED/ENDORSED

MAY 1 4 2007

By: A. WOODWARD
DEPUTY CLERK

1 | Franklin J. Love, Bar #80334
2 | 125 South Citrus Avenue, Suite 101
    Covina, CA 91723
3
4 | (626) 653-0455

Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

SACRAMENTO DISTRICT, COUNTY OF SACRAMENTO-LIMITED

| INTERNATIONAL COLLECTION | ) CASE NO. 07AM04820 |
| CORPORATION | ) |
|  | ) COMPLAINT FOR MONEY |
| Plaintiff | ) |
|  | ) |
| VS. | ) |
|  | ) EXHIBIT 4 |
| CRIS BRETANA AKA CHRIS J. BRETANA | ) |
| AKA CRUSOTOMA BRETANA; | ) |
| AND DOE 1 THROUGH DOE 10, INCLUSIVE | ) |
|  | ) |
| Defendants | ) DEMAND IS MORE THAN |
|  | ) $25,000.00 |

Plaintiff alleges as follows:

FIRST CAUSE OF ACTION

1. Plaintiff is unaware of the true names or capacities, whether individual, associate, corporate, or otherwise of Defendants Does 1 through 10, inclusive, and therefore sues them by such fictitious names, and leave of court will be asked to insert their true names and/or capacities when the same have been fully ascertained.

2. Prior to the commencement of this action and for a valuable consideration, Harrahs Operating Company, assigned to Plaintiff all right, title and interest in the within claim.

-1-

COMPLAINT FOR MONEY

3. This action is not subject to the Unruh Act, Civil Code 1812.10, et seq, and is not subject to the Rees-Leving Act, Civil Code 2984.4, et seq.

4. At all times mentioned herein, the Plaintiff was a California Corporation, and is a Collection Agency.

5. The Defendant resides in the above captioned judicial district.

6. On or about October 17, 2005, Defendant entered into a written agreement with Plaintiff's Assignor in which Defendant received the total sum of $3,000.00 and agreed that said monies would be repaid from Defendant's bank account with Bank of the West in Sunnyvale, California.

7. Defendant breached the agreement when the agreement was presented for payment to Bank of The West and was returned due to insufficient funds and by failing to pay $1,500.00 toward the dishonored agreement.

8. Plaintiff's Assignor performed all covenants and conditions to be performed on its part except those which were excused or prevented from being performed.

9. Plaintiff has been damaged in the sum of $1,500.00 together with interest thereon from the date of last payment on June 6, 2006.

10. The agreement provides for attorney fees in the event of litigation. Plaintiff requests the sum of $180 as reasonable attorney fees.

## SECOND CAUSE OF ACTION

11. Plaintiff repeats by reference thereto all of the allegations contained in the First Cause of Action.

12. Defendant issued to Plaintiff's Assignor a Check Agreement in the sum of $3,000.00.

13. Said check was presented for payment by Plaintiff's Assignor and was returned unpaid Due to insufficient funds. Defendant was sent a registered letter to pay said check within 30 days

-2-

COMPLAINT FOR MONEY

pursuant to Civil Code Section 1719. Defendant having failed to pay the check within 30 days, Defendant is liable for treble damages of $1,500.00.

Wherefore, Plaintiff prays judgment as follows:

### FIRST CAUSE OF ACTION

1. For the sum of $1,500.00 together with interest thereon at the rate of 10 per cent per annum from June 6, 2006;

2. For reasonable attorney fees of $180.00;

### SECOND CAUSE OF ACTION

3. For treble damages of $1,500.00;

### ALL CAUSES OF ACTION

4. For costs of suit incurred herein; and

5. For such other and further relief as is just and proper.

Dated: May 1, 2007

FRANKLIN J. LOVE
ATTORNEY FOR PLAINTIFF

ORIGINAL COMPLAINT VERIFIED

-3-

COMPLAINT FOR MONEY

| | |
|---|---|
| 1 | STATE OF CALIFORNIA  ) |
| 2 | ) ss. |
|   | COUNTY OF LOS ANGELES ) |

I am the President of the Plaintiff. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to matters which are therein stated upon information and belief, and as to those matters that I believe to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this ___MAY 0 4 2007___

_____
CHUCK HENDRICKSON, President

VERIFICATION