Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorney for Plaintiffs
CRIS JAO BRETANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>　　　　　　　　　Defendants. | Case No. C07-05934-JF-HRL<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA　　　　）
　　　　　　　　　　　　　　） ss:
COUNTY OF SANTA CLARA　　）

　　　I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 12 South First Street, Suite 1014, San Jose, California 95113-2418. On February 14, 2008, I served the following:

-1-

-2-

1.    FIRST AMENDED CLASS COMPLAINT

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

**DEFENDANT:**
International Collection Corporation
c/o Chuck Hendrickson, Agent for Service
1930 Wilshire Boulevard, Suite 908
Los Angeles, California 90057-3619

**DEFENDANT:**
Charles D. Hendrickson
International Collection Corporation
1930 Wilshire Boulevard, Suite 908
Los Angeles, California 90057-3619

**DEFENDANT:**
Charles D. Hendrickson
2030 North Vermont Avenue, #14N
Los Angeles, California 90027-1901

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on February 14, 2008.

                                         /s/ Fred W. Schwinn