AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIS JAO BRETANA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-05934-JF-HRL

V.

INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, LUIGI CIOPPA, and FRANKLIN JAY LOVE

TO:

Luigi Cioppa
International Collection Corporation
1930 Wilshire Boulevard, Suite 908
Los Angeles, California 90057-3619

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

FEB 1 4 2008

CLERK

DATE

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF/PETITIONER: Bretana

DEFENDANT/RESPONDENT: International Collection Corporation

CASE NUMBER: C07-05934-JF-HRL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: C07-05934-JF-HRL

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management, Standing Order, Contents of Joint Case Management Statement, ADR Packet

3. a. Party served: Luigi Cioppa

   b. Person Served: party in item 3a

**BY FAX**

4. Address where the party was served: 1930 Wilshire Boulevard Suite 908
   Los Angeles, CA 90057

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 2/15/2008   (2) at (time): 3:55 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers
   a. Name: Jimmy Lizama
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/19/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6657072



# ONE LEGAL LLC
## CONFIRMATION For **Service of Process**

| | | |
|---|---|---|
| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6657072 | Date: 2/19/2008 |

Customer CONSUMER LAW CENTER
Customer No. 0055054
Address 12 S 1ST ST STE 1014
SAN JOSE, CA  95113-2403

Attorney Fred W Schwinn
Attorney e-mail fred.schwinn@sjconsumerlaw.com
Contact Fred W Schwinn
Contact e-mail fred.schwinn@sjconsumerlaw.com
Contact Phone (408) 294-6100 Ext 111
Contact Fax (408) 294-6190
Law Firm File Number C07-05934-JF-HRL

**Case Information:**

Case Number C07-05934-JF-HRL
County SANTA CLARA
Court Northern District of California
Case Short Title Bretana vs. International Collection Corporation

**Documents Received:**  No. Docs: 6  No. Pgs: 64

Summons, Complaint, Order Setting Initial Case Management, Standing Order, Contents of Joint Case Management Statement, ADR Packet

Party to Serve: Luigi Cioppa          Service address: 1930 Wilshire Boulevard Suite 908

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Check No. | Total: 44.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.