AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIS JAO BRETANA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-05934-JF-HRL

V.

INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, LUIGI CIOPPA, and FRANKLIN JAY LOVE

TO:

Franklin Jay Love
125 South Citrus Avenue, Suite 101
Covina, California 91723-2622

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

FEB 1 4 2008
DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

| | | |
|---|---|---|
| 1 | Fred W Schwinn, Bar No: 225575 | (408) 294-6100 |
| 2 | CONSUMER LAW CENTER | |
| | 12 S 1ST ST STE 1014 | |
| 3 | SAN JOSE, CA 95113-2403 | |
| 4 | Representing: Plaintiff | File No.C07-05934-JF-HRL |

United States District Court

Northern District of California

| | |
|---|---|
| Bretana | Case No: C07-05934-JF-HRL |
| Plaintiff/Petitioner | Proof of Service of: |
| vs | Summons, Complaint, Order Setting Initial Case Management, Standing Order, Contents of Joint Case Management Statement, ADR Packet |
| International Collection Corporation, et al. | |
| Defendant/Respondent | BY FAX |
| | Service on: |
| | Franklin Jay Love |
| | |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

PROOF OF SERVICE

FF# 6657071

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Bretana<br>DEFENDANT/RESPONDENT: International Collection Corporation, et al. | CASE NUMBER:<br>C07-05934-JF-HRL |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>C07-05934-JF-HRL |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management, Standing Order, Contents of Joint Case Management Statement, ADR Packet

3. a. Party served:    Franklin Jay Love

   BY FAX

   b. Person Served: Laura Barcelo - Person in Charge of Office

4. Address where the party was served:   125 South Citrus Avenue Suite 101
                                          Covina, CA 91723

5. I served the party
   b. **by substituted service.** On (date): 2/21/2008        at (time): 9:00 AM   I left the documents listed in item 2 with or in the presence of: Laura Barcelo
      (1) **(business)**    a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. Name:         Pradip Kissoondyal
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $: 70.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/22/2008

Pradip Kissoondyal
(NAME OF PERSON WHO SERVED PAPERS)                                                            (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br><br>FF# 6657071 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (408) 294-6100 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No. C07-05934-JF-HRL | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Bretana

DEFENDANT:

International Collection Corporation, et al.

| **DECLARATION OF DILIGENCE** | | | | CASE NUMBER: C07-05934-JF-HRL |
|---|---|---|---|---|

I received the within process on 2/15/2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: Franklin Jay Love                                          **BY FAX**

(1) BUSINESS: Law Office of Franklin J. Love 125 South Citrus Avenue, Suite 101, Covina, CA 91723

As enumerated below:

2/19/2008  10:40 AM   at address (1) above. Not in.. Sec'y Marta advised that his schedule is off and on. He is never there at the same time.
2/20/2008  4:25 PM    at address (1) above. Not in.. will be back tomorrow morning
2/21/2008  9:00 AM    at address (1) above. Not available. subserved

Registered California process server.
County: LOS ANGELES
Registration No.:

Pradip Kissoondyal
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 2/22/2008 at Los Angeles, California.

Pradip Kissoondyal

FF# 6657071

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | (408) 294-6100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>C07-05934-JF-HRL | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Bretana

DEFENDANT:
International Collection Corporation, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>C07-05934-JF-HRL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 2/22/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons, Complaint, Order Setting Initial Case Management, Standing Order, Contents of Joint Case Management Statement, ADR Packet

**BY FAX**

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Franklin Jay Love
125 South Citrus Avenue, Suite 101
Covina, CA 91723

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$: 70.00

Fee for Service:

Anthony Espinosa
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 2/22/2008 at Los Angeles, California.

*[signature]*

Anthony Espinosa

FF# 6657071

# ONE LEGAL LLC
## CONFIRMATION For Service of Process



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6657071 | Date: | 2/22/2008 |
|---|---|---|---|

Customer **CONSUMER LAW CENTER**
Customer No. 0055054
Address 12 S 1ST ST STE 1014
SAN JOSE, CA  95113-2403

Attorney **Fred W Schwinn**
Attorney e-mail fred.schwinn@sjconsumerlaw.com
Contact **Fred W Schwinn**
Contact e-mail fred.schwinn@sjconsumerlaw.com
Contact Phone (408) 294-6100 Ext 111
Contact Fax (408) 294-6190
Law Firm File Number C07-05934-JF-HRL

**Case Information:**

Case Number C07-05934-JF-HRL
County SANTA CLARA
Court Northern District of California
Case Short Title Bretana vs. International Collection Corporation, et al.

**Documents Received:**    No. Docs: 6    No. Pgs: 64

Summons, Complaint, Order Setting Initial Case Management, Standing Order, Contents of Joint Case Management Statement, ADR Packet

Party to Serve: Franklin Jay Love    Service address: 125 South Citrus Avenue Suite 101

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
|  | Declaration of Diligence | 10.00 |
|  | Copies | 16.00 |
|  | Check No. | Total: 70.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.