Type name, address, phone number of applicant here
O. Randolph Bragg
Horwitz, Horwitz & Assoc.
25 E Washington St., Ste 900
(312)372-8822
(312)372-1673 FAX

FILED

UNITED STATES DISTRICT COURT

2008 FEB 28  P 4: 16

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.

| | |
|---|---|
| Chris J Bretana, Plaintiff(s), | CASE NO. C07-05934-JF-HRL |
| v. | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| International Collection Services, Defendant(s). | |

Pursuant to Civil L.R. 11-3, O. Randolph Bragg, an active member in good standing of the bar of Illinois Suprme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, Chris Bretana in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Fred Schwinn
12 S 1st St, Ste 1014
San Jose, CA. 95113-2418
(408)294-6100
(408)294-6190 FAX

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2008

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002682
Cashier ID: harwellt
Transaction Date: 02/28/2008
Payer Name: Horwitz Horwitz and Associates

PRO HAC VICE
 For: O. Randolph Bragg
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:      $210.00

CHECK
 Check/Money Order Num: 60463
 Amt Tendered:  $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 07-cv-5934-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```