1  LARRY ROTHMAN & ASSOCIATES
2  LARRY ROTHMAN – State Bar No. 72451
   City Plaza
3  1 City Boulevard West, Suite 850
4  Orange, California 92868
   (714) 363 0220  Telephone
5  (714) 363 0229  Facsimile
6  tocollect@aol.com   E-Mail

7  Attorneys for the Defendants:
8  INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
   HENDRICKSON, LUIGI CIOPPA, and FRANKLIN J. LOVE
9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, and FRANKLIN JAY LOVE, individually and in his official capacity.<br><br>Defendants. | Case No: 5:07-cv-05934-JF<br><br>DECLARATION OF FRANKLIN J. LOVE<br><br>(F.R. C.P. RULE 12)<br><br>DATE: May 2, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 3<br><br>(Reserved) |

1

DECLARATION OF FRANKLIN J. LOVE
Case No: 5:07-cv-05934-JF

I, FRANKLIN J. LOVE, declare as follows:

1. That I am an attorney, licensed to practice law in all Courts of the State of California and this District Court and that I have personal knowledge of all facts set forth in this Declaration.

2. I have been a member of the California State Bar since June of 1978. I have never been disciplined by the State Bar. I have never been found to have violated either the Federal or State Fair Debt Collections Practices Acts.

3. For the past 26 years, I have represented collection agencies pursuing both consumer and commercial claims. I have filed approximately 130,000 actions within the State of California. I have represented approximately 75 different collection agencies throughout the State of California.

4. It has been the standard practice to rely upon the information provided to me by every collection agency that I have represented pertaining to the debtor's current residence and business addresses. The reason this method is effective and practical is that the collection agency without exception makes attempts at written and/or verbal communications with the debtor before the file is referred to me for the filing of a lawsuit. I never make any effort to communicate with a debtor. Every one of the 75 collection agencies I have

1  represented utilized various skip-tracing methods and obtains credit reports or
2  has on-line or trade sources to locate the debtor's addresses. From my
3  experience, this division of labor is routinely performed by collection agencies,
4  and not by any attorney that represents them.
5
6  5. I have represented International Collection Corporation for the past 17
7  years. I have filed approximately 2,000 actions for them. I am aware that just as
8  is the case with the other agencies I have represented that they utilize skip-tracing
9  methods, credit reports and/or on-line sources to locate debtors. The accuracy
10 of their information has never been suspect. I have never had any reason to
11 believe that the information they have provided me is not accurate or based upon
12 reasonable methodologies.
13
14 6. When I received ICC's request that I file a lawsuit against Cris Bretana,
15 ICC informed me that his current residence address was located at 2823 Frigate
16 Bird Drive, Sacramento, California 95834. Based upon my experience, I had no
17 reason to believe that this was not accurate information. Since the debtor
18 apparently resided is Sacramento, California, the action was filed in the
19 Sacramento court.
20
21 7. As the Declaration of Charles Hendrickson indicates, the residence

3

DECLARATION OF FRANKLIN J. LOVE
Case No: 5:07-cv-05934-JF

information that ICC provided me was a mistake, but not intentional and was made in spite of their best efforts to avoid such errors. In the filing of the approximately 130,000 lawsuits, this is only the second time that there has been a venue error. The other case did not involve ICC, but rather involved a debtor that lived in Santa Margarita, California located in San Luis Obispo County. My office mistakenly believed that the address was Rancho Santa Margarita, California, and filed the case in Orange County. When the attorney for the debtor contacted me, and inquired why I had filed the action in Orange County, the confusion over the city name became apparent and the matter was corrected. With regard to this case against Mr. Bretana, when ICC's mistake was realized, the Sacramento action was promptly dismissed without prejudice.

8. As stated above, the reliance upon the collection agency for the debtor's address is a very efficient and practical method of doing business. It certainly does not take any legal training to ascertain a debtor's current location. This function is routinely performed by collection agencies throughout this industry. I submit that my office having only two venue errors, and in reality only one that was the result of relying upon the collection agency in 130,000 cases, the methodology functions very effectively. With an error rate of 0.0000153, the

4

DECLARATION OF FRANKLIN J. LOVE
Case No: 5:07-cv-05934-JF

1 | methodology is remarkably accurate as the error rate is functionally zero.

9. I maintain that the filing of this action in Sacramento was a bona fide error that occurred in spite of the fact that proven procedures were in place to avoid such an error. It is ludicrous to suggest that I would intentionally file this action in a distant forum to my office as Sacramento County.

I declare under penalty of perjury of the United States that the facts set forth in this Declaration are true and correct and that this Declaration was signed in Covina, California, on March 6, 2008.

FRANKLIN J. LOVE
DECLARANT

5

DECLARATION OF FRANKLIN J. LOVE
Case No: 5:07-cv-05934-JF

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On March 6, 2008, I served the foregoing document described as:

**DECLARATION OF FRANKLIN J. LOVE**

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 6, 2008, at Orange, California, California.

*Wade Kraus*
WADE KRAUS

**PROOF OF SERVICE LIST**

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716