LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229  Facsimile
tocollect@aol.com   E-Mail

Attorneys for the Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, LUIGI CIOPPA, and FRANKLIN J. LOVE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, and FRANKLIN JAY LOVE, individually and in his official capacity.<br><br>Defendants. | Case No: 5:07-cv-05934-JF<br><br>DECLARATION OF CHARLES D. HENDRICKSON<br><br>(F.R. C.P. RULE 12)<br><br>DATE: May 2, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 3<br><br>(reserved) |

1

DECLARATION OF CHARLES D. HENDRICKSON
Case No: 5:07-cv-05934-JF

I, CHARLES D. HENDRICKSON,, declare as follows:

1. That I am the President of INTERNATIONAL COLLECTION CORPORATION, a California corporation. "ICC" I have personal knowledge of all facts set forth in this Declaration. I am also the custodian of records for ICC.

2  That I, personally, did not act against Plaintiff in any manner as set forth in the allegations in the First Amended Complaint.

3  That LUIGI CIOPPA "Cioppa" is an employee of ICC, and did not act against Plaintiff in any manner as set forth in the allegations in the First Amended Complaint.

4  ICC has a system in place to locate debtors. We utilize credit reports, proven skip-tracing methods and various on-line information sources to locate a debtor's current residence or business address. It is always our policy to make efforts to reach debtors by written or verbal communications long before the item is ever transmitted to our attorney for filing a lawsuit. The reason for this policy is simple and practical. If we can negotiate a resolution with the debtor prior to filing a lawsuit, we avoid the expense and delay of litigation.

5. With regard to Cris Bretana, we have maintained this procedure. When we

2

DECLARATION OF CHARLES D. HENDRICKSON
Case No: 5:07-cv-05934-JF

1  were unable to achieve a settlement, the matter was referred to Franklin J. Love
2  to file a lawsuit.
3
4  6. ICC has employed Franklin J. Love on retainer for the past 17 years. We
5  have filed approximately 2,000 lawsuits through his office. It has always been
6  the procedure to provide Mr. Love's office with current residence and/or
7  employment information. We make every effort to be accurate with the
8  information we transmit to Mr. Love's office. In this particular circumstance,
9  we had Mr. Bretana's residence address in Santa Clara County. By oversight
10 when we prepared the lawsuit instructions, we neglected to clear the template
11 that had an address of a debtor that we had also sent to Mr. Love for filing a
12 lawsuit just before instructing him to sue Mr. Bretana. We did not clear
13 that debtor's address of 2823 Frigate Bird Drive, Sacramento, California 95834,
14 and as a result when the lawsuit instructions were transmitted to Mr. Love, he had
15 every reason to believe that Mr. Bretana had a current residence address in
16 Sacramento.
17
18 7. In the some 2,000 cases we have filed, this is the first instance in which a
19 mistake of this nature occurred. We employ methods whereby when we are
20 preparing lawsuit instructions, we are using the file information about the debtor
21 that we are intending to sue. Under the normal circumstances, the debtor's

3

DECLARATION OF CHARLES D. HENDRICKSON
Case No: 5:07-cv-05934-JF

current information is at our disposal when the lawsuit instructions are being prepared. This was precisely the situation with Mr. Bretaria's case, only the system did not replicate error free by a simple oversight in failing to clear the address from the template. Our system is designed to avoid this error as in preparing instructions for a lawsuit, it is practically impossible to transmit accurate information to our attorney without the debtor's file. Other than the oversight of the address, all of the remaining information transmitted to Mr. Love was correct. Thereby this error occurred in spite of the fact that we did have a method in place to avoid an error of this kind. In fact in the other 2,000 or so lawsuits we have filed, the system functioned without an incident.

I declare under penalty of perjury of the United States that the facts set forth in this Declaration are true and correct and that this Declaration was signed in Los Angeles, California, on March 6, 2008.

_____
CHARLES D. HENDRICKSON
DECLARANT

4

DECLARATION OF CHARLES D. HENDRICKSON
Case No: 5:07-cv-05934-JF

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On March 6, 2008, I served the foregoing document described as:

DECLARATION OF CHARLES D. HENDRICKSON

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

### SEE ATTACHED PROOF OF SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 6, 2008, at Orange, California, California.

*Wade Kraus*
WADE KRAUS

# PROOF OF SERVICE LIST

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716