LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229   Facsimile
tocollect@aol.com   E-Mail

Attorneys for the Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, LUIGI CIOPPA, and FRANKLIN J. LOVE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated, <br><br>Plaintiff, <br><br>vs. <br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, and FRANKLIN JAY LOVE, individually and in his official capacity. <br><br>Defendants. | Case No: 5:07-cv-05934-JF <br><br>ORDER <br>(proposed) <br><br>(F.R. C.P. RULE 12) <br><br>DATE: May 2, 2008 <br>TIME: 9:00 a.m. <br>COURTROOM: 3 <br><br>(reserved) |

1

This matter came regularly for hearing on Defendants' Motion to Dismiss Under Rule 12 of the <u>Federal Rules of Civil Procedure</u> at 9:00 a.m. on May 2, 2008. The Plaintiff and opposing party, CRIS JAO BRETANA, on behalf of himself and all others similarly situated, appeared by FRED W. SCHWINN, ESQ. of the Consumer Law Center. The Defendants and Movants, INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, LUIGI CIOPPA, and FRANKLIN J. LOVE, appeared by LARRY ROTHMAN, ESQ. of LARRY ROTHMAN & ASSOCIATES.

The Court read and considered all papers and filings for this Motion and heard arguments of counsel.

This Court now grants the Motion to Dismiss the First Amended Complaint without leave to amend. This Court further finds that Plaintiff failed to produce any competent evidence refuting the Defendants' Declarations that supporting the fact that a debt collector may not be held civilly liable for a Federal FDCPA violation if he or she demonstrates by a preponderance of the evidence that the violation:

- Was unintentional; and

- Resulted from a "bona fide error," even though the collector maintains procedures "reasonably adapted" to avoid such error. [15 USC § 1692k (c); Johnson v. Riddle (10th Cir. 2006) 443 F3d 723, 728—violation is unintentional for purposes of "bona fide error" defense where debt collector can establish lack of specific intent to violate]

DATED:

_____
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On March 6, 2008, I served the foregoing document described as:

ORDER  (proposed)
on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

### SEE ATTACHED PROOF OF SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 6, 2008, at Orange, California, California.

*Wade Kraus*
WADE KRAUS

**PROOF OF SERVICE LIST**

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716