UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chris J Bretana,

        Plaintiff(s),

v.

International Collection Services,

        Defendant(s).

CASE NO. C07-05934-JF-HRL

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

O. Randolph Bragg, Illinois Supreme Court (particular court to which applicant is admitted), an active member in good standing of the bar of _____ whose business address and telephone number is Horwitz, Horwitz & Associates, 25 E Washington St. Ste 900, Chicago, IL 60602 312-372-8822, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, Chris J Bretana.

O. Randolph Bragg

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 02-22-2008 3-4

_____
United States District Judge