1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  O. Randolph Bragg (IL Bar No. 6221983) (Pro Hac Vice)
   Craig M. Shapiro (IL Bar No. 6284475)
6  HORWITZ, HORWITZ & ASSOCIATES, LTD.
   25 East Washington Street, Suite 900
7  Chicago, Illinois  60602-1716
   Telephone Number: (312) 372-8822
8  Facsimile Number: (312) 372-1673
   Email Address: rand@horwitzlaw.com

9
   Attorneys for Plaintiff
10 CRIS JAO BRETANA

11

12                **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                        **SAN JOSE DIVISION**

14 CRIS JAO BRETANA, on behalf of himself      Case No.  C07-05934-JF-HRL
   and all others similarly situated,
15                                             **NOTICE OF MOTION AND**
                                               **MOTION FOR ORDER STRIKING**
16                        Plaintiff,           **DEFENDANTS' OFFER OF**
                                               **JUDGMENT**
17 v.

18 INTERNATIONAL COLLECTION              Date:        May 2, 2008
   CORPORATION, a California corporation, Time:        9:00 a.m.
19 CHARLES D. HENDRICKSON,               Judge:       Honorable Jeremy Fogel
   individually and in his official capacity, Courtroom: 3, 5th Floor
20 LUIGI CIOPPA, individually and in his  Place:       280 South First Street
   official capacity, and FRANKLIN JAY                San Jose, California
21 LOVE, individually and in his official
   capacity,
22
                        Defendants.
23

24 TO:  ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

25        PLEASE TAKE NOTICE that on May 2, 2008, at 9:00 a.m., or as soon thereafter as this

26 matter may be heard, in Courtroom 3 of the United States District Court, located at 280 South First

27 Street, San Jose, California, before the Honorable Jeremy Fogel, United States District Judge,

28 Plaintiff, CRIS JAO BRETANA ("Movant"), will move the Court for an Order striking Defendants'

                                        -1-

1  Offer for Judgment under F.R.C.P. 68. In the alternative, Plaintiff will move for class certification

2  with briefing stayed until the completion of discovery.

3        This motion is made pursuant to Fed. R. Civ. P. 23(e) and Civil L.R. 7-2 on the grounds that

4  Defendants' Offer of Judgment seeks to "pick off" Plaintiff as the representative plaintiff in this

5  action, possibly mooting Plaintiff's claims and depriving this Court of jurisdiction over this matter

6  and the putative class Plaintiff seeks to represent.

7        This motion is based on this Notice of Motion and Motion for Order Striking Defendants'

8  Offer of Judgment, the Declaration of Fred W. Schwinn in Support of Motion for Order Striking

9  Defendants' Offer of Judgment, the Memorandum of Points and Authorities in Support of Motion

10 for Order Striking Defendants' Offer of Judgment filed herewith, and such other evidence, argument,

11 and authorities which may be presented at or prior to the hearing before this Court on this Motion,

12 and such other and further matters of which this Court may take judicial notice.

13        Please govern yourself accordingly.

14                                    Respectfully submitted,

15

16                                    By: /s/ Fred W. Schwinn
                                      Fred W. Schwinn (SBN 225575)
17                                    CONSUMER LAW CENTER, INC.
                                      12 South First Street, Suite 1014
18                                    San Jose, California 95113-2418
                                      Telephone Number: (408) 294-6100
19                                    Facsimile Number: (408) 294-6190
                                      Email Address: fred.schwinn@sjconsumerlaw.com
20
                                      O. Randolph Bragg (IL Bar No. 6221983)
21                                    Craig M. Shapiro (IL Bar No. 6284475)
                                      HORWITZ, HORWITZ & ASSOCIATES, LTD.
22                                    25 East Washington Street, Suite 900
                                      Chicago, Illinois 60602-1716
23                                    Telephone Number: (312) 372-8822
                                      Facsimile Number: (312) 372-1673
24                                    Email Address: rand@horwitzlaw.com

25                                    Attorneys for Plaintiff
                                      CRIS JAO BRETANA
26

27

28

MOTION FOR ORDER STRIKING DEFENDANTS' OFFER OF JUDGMENT        Case No. C07-05934-JF-HRL