Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983) (Pro Hac Vice)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
CRIS JAO BRETANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>                          Defendants. | Case No. C07-05934-JF-HRL<br><br>**DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION FOR ORDER STRIKING DEFENDANTS' OFFER OF JUDGMENT**<br><br>Date:         May 2, 2008<br>Time:        9:00 a.m.<br>Judge:       Honorable Jeremy Fogel<br>Courtroom: 3, 5th Floor<br>Place:        280 South First Street<br>                 San Jose, California |

I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

   1.   I am an attorney at law duly licensed to practice before all the courts of the State of California and in this judicial district and am a shareholder in the law firm Consumer Law Center, Inc., one of the attorneys of record for Plaintiff, CRIS JAO BRETANA (hereinafter referred

-1-

1  to as "Plaintiff").

2      2.    I have personal knowledge of the following facts, and if called as a witness,
3  I could and would competently testify thereto.

4      3.    On or about November 26, 2007, Plaintiff filed his <u>Complaint</u> in this case
5  alleging that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.
6  ("FDCPA"), and California Rosenthal Fair Debt Collection Practices Act, California Civil Code §§
7  1788-1788.33 ("RFDCPA"). (Doc. 1)

8      4.    On or about February 14, 2008, Plaintiff filed his <u>First Amended Class</u>
9  <u>Complaint</u>, on behalf of himself and all others similarly situated against Defendants. (Doc. 5)

10      5.    On or about March 6, 2008, I received via facsimile an Offer of Judgment
11  pursuant to Fed. R. Civ. P. 68 from Defendants' counsel. A true and accurate copy of Defendants'
12  <u>Offer for Judgment Under F.R.C.P. 68</u> is attached hereto, marked Exhibit "1", and by this reference
13  is incorporated herein.

14      6.    Defendants' Offer of Judgment offers a judgment to be taken against
15  Defendants, INTERNATIONAL COLLECTION CORPORATION and FRANKLIN J. LOVE as
16  follows:

17      Principal    $1,000.00
18      Costs    $550.00
19      Attorney Fees    $2,501.00
20      TOTAL    $4,051.00[1]

21      7.    Defendants' Offer of Judgment contains no relief for the proposed class.

22      8.    Defendants' Offer of Judgment seeks to "pick off" Plaintiff as the
23  representative plaintiff in this action, possibly mooting Plaintiff's claims and depriving this Court
24  of jurisdiction over this matter and the putative class Plaintiff seeks to represent.

25  / / /
26  / / /
27
28      [1] Exhibit "1" at 2:4-8.

-2-

1 | Executed at San Jose, California on March 14, 2008.

/s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff
CRIS JAO BRETANA

-3-

DECLARATION OF FRED W. SCHWINN                                Case No. C07-05934-JF-HRL