1  LARRY ROTHMAN & ASSOCIATES
   LARRY ROTHMAN – State Bar No. 72451
2  City Plaza
3  1 City Boulevard West, Suite 850
   Orange, California 92868
4  (714) 363 0220  Telephone
5  (714) 363 0229  Facsimile
   tocollect@aol.com   E-Mail
6

7  Attorneys for the Defendants:
   INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
8  HENDRICKSON, LUIGI CIOPPA, and FRANKLIN J. LOVE
9

10

11

12                    UNITED STATES DISTRICT COURT
13
        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
14

15

16  CRIS JAO BRETANA, on behalf of himself   Case No: 5:07-cv-05934-JF
    and all others similarly situated,
17                                           OFFER FOR JUDGMENT UNDER
         Plaintiff,                          F.R.C.P. RULE 68
18
         vs.
19
    INTERNATIONAL COLLECTION
20  CORPORATION, a California corporation,
    CHARLES D. HENDRICKSON,
21  individually and in his official capacity,
    LUIGI CIOPPA, INDIVIDUALLY AND
22  IN HIS OFFICIAL CAPACITY, and
    FRANKLIN JAY LOVE, individually and
23  in his official capacity.

24
         Defendants.
25

26                                      1

27

28  OFFER FOR JUDGMENT UNDER
    F.R.C.P. RULE 68
    Case No: 5:07-cv-05934-JF

**EXHIBIT 1**

The Defendants, INTERNATIONAL COLLECTION CORPORATION and FRANKLIN J. LOVE, now offer Plaintiff to take judgment against them as follows:

Principal        $1,000.00

Costs              550.00

Attorney Fees  $2,501.00


TOTAL  $4,051.00


LARRY ROTHMAN & ASSOCIATES

Dated:   March 6, 2008

_____

LARRY ROTHMAN,
Attorneys for the Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, LUIGI CIOPPA, and FRANKLIN J. LOVE

OFFER FOR JUDGMENT UNDER
F.R.C.P. RULE 68
Case No: 5:07-cv-05934-JF

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On March 6, 2008, I served the foregoing document described as:

### OFFER FOR JUDGMENT UNDER
### F.R.C.P. RULE 68

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

### SEE ATTACHED PROOF OF SERVICE LIST

I also faxed these papers to them.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 6, 2008, at Orange, California, California.

_____
WADE KRAUS

# PROOF OF SERVICE LIST

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716