


Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorney for Plaintiff
CRIS JAO BRETANA

**E-filed 3/25/08**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05934-JF-HRL<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties in the above-entitled action jointly request to continue the Case Management Conference, currently scheduled for March 28, 2008. On February 14, 2008, Plaintiff filed a First Amended Complaint and served it on the Defendants. On March 6, 2008, Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12 and said motion is set for hearing on May 2, 2008, at 9:00 a.m. In light of Defendants' Motion to Dismiss and no Answers having been filed, the parties jointly

-1-

1  request that the Case Management Conference be continued to May 2, 2008, at 10:30

3  Dated: March 12, 2008                    /s/ Fred W. Schwinn
                                            Fred W. Schwinn, Esq.
4                                           Attorney for Plaintiff
                                            CRIS JAO BRETANA

6  Dated: March 12, 2008                    /s/ Larry Rothman
                                            Larry Rothman, Esq.
7                                           Attorney for Defendants
                                            INTERNATIONAL COLLECTION
8                                           CORPORATION, CHARLES D.
                                            HENDRICKSON, LUIGI CIOPPA,
9                                           and FRANKLIN JAY LOVE

11       Having considered the parties' Joint Request to Continue Case Management Conference,
12  the request is GRANTED. A Case Management Conference shall be held on May 2, 2008, at
13  10:30 a.m. in Courtroom 3. The parties shall file a Joint Case Management Statement no later
14  than  4/25/08  .

16  Dated: 3/25/08
                                            _____
17                                          Honorable Jeremy Fogel
                                            United States District Judge

-2-

JOINT REQUEST TO CONTINUE CMC                              Case No. C07-05934-JF-HRL