1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   CRIS JAO BRETANA

6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10 | CRIS JAO BRETANA, on behalf of himself and all others similarly situated, | Case No. C07-05934-JF-HRL |
11 |
12 | Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |
13 | v. |
14 | INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity, |
18 | Defendants. |

19

20    **COMES NOW** the Plaintiff, CRIS JAO BRETANA, by and through counsel, Fred W.

21 Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 23rd day of

22 April, 2008, a true and accurate copy of the <u>Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ.

23 P. 26(a)(1)</u> and a copy of this notice were deposited in the United States mail, postage prepaid,

24 addressed to the following:

25              Larry Rothman
                Larry Rothman & Associates
26              1 City Boulevard West, Suite 850
                Orange, CA 92868
27                      Attorney for Defendants

28

-1-
NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES                Case No. C07-05934-JF-HRL

1  Dated: April 23, 2008                    By: /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
2                                               Attorney for Plaintiff
                                                CRIS JAO BRETANA