UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 2, 2008
**Case Number:** CV-07-5934-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | CRIS BRETANA   V.  INTERNATIONAL COLLECTION CORP., ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Fred Schwinn | Attorneys Present: Larry Rothman |

PROCEEDINGS:

    Hearing on Motion to Dismiss and Motion to Strike held.  Parties are present.  The motions are taken under submission.  The case management conference is continued to 9/5/08 at 10:30 a.m.