United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## Northern District of California

Bretana,

        Plaintiff(s),

   v.

International Collection Corporation,

        Defendant(s).

07-05934 JF MED

**Notice of Appointment of Mediator**

TO COUNSEL OF RECORD:

     The court notifies the parties and counsel that the Mediator assigned to this case is:

        **Carol Webster Millie**
        Corporate Advisory Law Group
        40 Main St.
        Los Altos, CA 94022
        650-947-9199
        cmillie@adviselaw.com

     Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: May 8, 2008

5                                               RICHARD W. WIEKING
                                                Clerk
6                                               by:    Alice M. Fiel

7

8    _____
                                                ADR Case Administrator
9                                               415-522-3148
                                                Alice_Fiel@cand.uscourts.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05934 JF MED                    - 2 -