

# SILICON VALLEY MEDIATION GROUP

40 MAIN STREET, LOS ALTOS, CALIFORNIA 94022
TELEPHONE (650) 947-1799. FACSIMILE (650) 949-0240
WWW.MEDIATE.COM/SILICONVALLEY

CAROL WEBSTER MILLIE
DIRECT (650) 917-4191
siliconvalley@mediate.com

**FILED**

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

May 22, 2008

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street; Suite 416
San Jose, CA 95113-2418

O. Randolph Bragg
Horwitz, Horwitz & Associates
25 East Washington; Suite 900
Chicago, IL 60602

Larry Rothman
Law Offices of Larry Rothman
1 City Blvd. West # 850
Orange, CA 92868

Re:  Bretana v. International Collection Corporation
C 07-05934 JF MED

Dear Counsel:

I have been appointed by the District Court to serve as the mediator in the above referenced case under the court's Mediation program. Please be sure to review ADR L.R. 6 which governs the Mediation program. You can find my resume and experience at www.svmediators.com.

Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- ➢ the procedures to be followed;
- ➢ the nature of the case;
- ➢ appropriate dates for the mediation and anticipated length of the session;
- ➢ the parties who will be present at the session;
- ➢ ideas to improve the effectiveness of the mediation session or matters that could pose impediments;

impediments;
- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. Please confer with each other and contact my assistant, Debbie Spencer by phone or to me via email no later than May 30, 2008 with (5) five separate half-hour time slots when you are available for a morning telephone conference, which I hope to conduct by June 9, 2008. Prior to the conference please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is July 30, 2008.

Enclosed is a Confidentiality Agreement. Please review with your client, have your client sign where indicated and send both yours and your client's executed Confidentiality Agreements back to my office via facsimile to the number listed about as soon as possible, but in any case, before the telephone conference referenced above.

To my knowledge, I have no potential conflicts of interest with any of the parties or attorneys to this action, under 28 U.S.C. §455(a) and (b). I look forward to assisting you on this case.

Very truly yours,

Carol Webster Millie, Mediator

cc: Clerk's Office-ADR Unit
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102