1  LARRY ROTHMAN & ASSOCIATES
2  LARRY ROTHMAN – State Bar No. 72451
   City Plaza
3  1 City Boulevard West, Suite 850
   Orange, California 92868
4  (714) 363 0220  Telephone
5  (714) 363 0229  Facsimile
6  tocollect@aol.com   E-Mail

7

8  Attorneys for the Defendants:
   INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
9  HENDRICKSON, and FRANKLIN J. LOVE

10

11

12

13
                   UNITED STATES DISTRICT COURT
14
        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
15

16

17  CRIS JAO BRETANA, on behalf of himself   Case No: 5:07-cv-05934-JF
    and all others similarly situated,
18
              Plaintiff,                    ANSWER TO COMPLAINT
19
         vs.
20
    INTERNATIONAL COLLECTION
21  CORPORATION, a California corporation,
    CHARLES D. HENDRICKSON,
22  individually and in his official capacity,
    LUIGI CIOPPA, INDIVIDUALLY AND
23  IN HIS OFFICIAL CAPACITY, and
    FRANKLIN JAY LOVE, individually and
24  in his official capacity.

25
              Defendants.
26

27                              1

28
    ANSWER TO COMPLAINT
                                          Case No: 5:07-cv-05934-JF

COMES NOW the Defendants, INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, and FRANKLIN J. LOVE who now answer the First Amended Complaint as follows:

1    In answer to the Introductory Allegations set forth in Paragraphs 1 through 11, these answering Defendants deny all allegations of wrongdoing and alter-ego. These Defendants further only admit that the Complaint alleges certain facts and wrongdoings without admitting any wrongdoing.

2    In answer to the allegations set forth in Paragraphs 12 though 14, the Defendants do not have the information and belief to admit these allegations, thus generally and specifically deny these allegations.

3    In answer to the Introductory Allegations set forth in Paragraphs 15 through 38, these answering Defendants deny all allegations of wrongdoing and

only admit that the Exhibits attached to the Complaint are authentic copies of the originals.

4   In answer to the allegations set forth in Paragraph 39, these answering Defendants deny both generally and specifically all charging allegations.

5   In answer to the allegations set forth in Paragraph 40, the Defendants do not have the information and belief to admit these allegations, thus generally and specifically deny these allegations.

6   In answer to the allegations set forth in Paragraph 41 and 42, these answering Defendants deny both generally and specifically all charging allegations.

7   In answer to the Allegations set forth in Paragraphs 43 through 71, these answering Defendants deny all allegations of wrongdoing and further deny

3

ANSWER TO COMPLAINT

Case No: 5:07-cv-05934-JF

all charging allegations of wrongdoing for alleged classes.  These Defendants further only admit that the Complaint alleges certain facts and wrongdoings without admitting any wrongdoing.

      8     In answer to the allegations set forth in Paragraph 72, these answering Defendants reincorporate by reference all admissions and denials set forth above.

      9     In answer to the allegations set forth in Paragraph 73, the Defendants do not have the information and belief to admit these allegations, thus generally and specifically deny these allegations.

      10     In answer to the Allegations set forth in Paragraphs 74 through 80, these answering Defendants deny all allegations of wrongdoing.  These Defendants further only admit that the Complaint alleges certain facts and wrongdoings without admitting any wrongdoing.

      11     In answer to the Allegations set forth in Paragraph 81, these answering Defendants deny all allegations of wrongdoing.  These Defendants

further only admit that the Complaint alleges certain facts and wrongdoings without admitting any wrongdoing.

12   In answer to the allegations set forth in Paragraph 82, these answering Defendants reincorporate by reference all admissions and denials set forth above.

13   In answer to the Allegations set forth in Paragraph 83 through 98, these answering Defendants deny all allegations of wrongdoing. These Defendants further only admit that the Complaint alleges certain facts and wrongdoings without admitting any wrongdoing.

### FIRST AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendants allege that the Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

5

ANSWER TO COMPLAINT                                    Case No: 5:07-cv-05934-JF

## SECOND AFFIRMATIVE DEFENSE

As a separate affirmative defense, Defendants allege that the alleged acts of Defendants were proper and did not violate any provisions of 15 USC Section 1692, et seq.

## THIRD AFFIRMATIVE DEFENSE

As a separate affirmative defense, Defendants allege that at all times mentioned in the Complaint, Defendants acted lawfully and within their legal rights, with a good faith belief in the exercise of that right, and in further of a legitimate business purpose. Further, Defendants acted in good faith in the honest belief that the acts, conduct and communications, if any of the Defendants were justified under the circumstances based on information reasonable available to these answering Defendants,

## FOURTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendants allege that the alleged actions of the Defendants were not accompanied by actual malice, intent or ill will.

## FIFTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendants allege that Defendants' conduct, communications and actions, if any, were privileged.

## SIXTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, assuming arguendo that these Defendants violated a status alleged in the complaint, which presupposition the Defendants deny, such violation was not intentional and resulted from A bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

7

ANSWER TO COMPLAINT

Case No: 5:07-cv-05934-JF

## SEVENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense, Defendants allege that Plaintiff is barred from any recovery against these answering Defendants by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

As a separate , affirmative defense, Defendants allege that its conduct communications and actions, if any were privileged pursuant to Civil Code Section 1785.32

## NINTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendants allege that they, at all times alleged in the complaint, maintained reasonable procedures created to prevent any type of intentional violations of the Fair Debt Collection Practices Act.

## TENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendants allege that if Plaintiff was damaged in any sum or sums alleged, which Defendants deny, then Plaintiff's damages are limited by 15 USC Sections 1692(k)(a)(1), 1692 (k)(a)(2)(A), 1692(k)(a)(3), and 1692(k)(b)(1).

## ELEVENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendants allege that Defendants' conduct, communications and actions, if any, were privileged pursuant to 15 USC 1692(k)(c).

## TWELFTH AFFIRMATIVE DEFENSE

As a separate affirmative defense, Defendants allege that he alleged actions of Defendants were proper and did not violate any provision of California Civil Code Sections 1788, et seq.

## THIRTEENTH AFFIRMATIVE DEFENSE

9

ANSWER TO COMPLAINT

Case No: 5:07-cv-05934-JF

As a separate, affirmative defense, Defendants allege that their actions were privileged pursuant to Federal and State Statutory and Common Law.

### FOURTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges unclean hands.

### FIFTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendants reserve their right to amend this answer to add additional affirmative defenses when they become known through discovery.

WHEREBY, Defendants pray for judgment as follows:

---

10

ANSWER TO COMPLAINT

Case No: 5:07-cv-05934-JF

    1    For judgment in favor of the Defendants and against Plaintiff;

    2    For costs;

    3    And for such further relief as this Court may deem just and proper.

Respectfully submitted,

LARRY ROTHMAN & ASSOCIATES

Dated: June 9, 2008

_____
LARRY ROTHMAN,
Attorney for Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, and FRANKLIN J. LOVE

---

11

ANSWER TO COMPLAINT

Case No: 5:07-cv-05934-JF

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On June 9, 2008, I served the foregoing document described as: ANSWER TO THE COMPLAINT on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

### SEE ATTACHED PROOF OF SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 9, 2008, at Orange, California, California.

*[signature]*
WADE KRAUS

## PROOF OF SERVICE LIST

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716