1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  O. Randolph Bragg (IL Bar No. 6221983)
   Craig M. Shapiro (IL Bar No. 6284475)
6  HORWITZ, HORWITZ & ASSOCIATES, LTD.
   25 East Washington Street, Suite 900
7  Chicago, Illinois  60602-1716
   Telephone Number: (312) 372-8822
8  Facsimile Number: (312) 372-1673
   Email Address: rand@horwitzlaw.com

9
   Attorneys for Plaintiff
10 CRIS JAO BRETANA

11

12          **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                    **SAN JOSE DIVISION**

14 CRIS JAO BRETANA, on behalf of himself        Case No.  C07-05934-JF-HRL
   and all others similarly situated,
15
16                      Plaintiff,              **JOINT REQUEST TO EXTEND ADR**
                                                **DEADLINE**
17 v.

18 INTERNATIONAL COLLECTION
   CORPORATION, a California corporation,
19 CHARLES D. HENDRICKSON,
   individually and in his official capacity,
20 LUIGI CIOPPA, individually and in his
   official capacity, and FRANKLIN JAY
21 LOVE, individually and in his official
   capacity,
22
                        Defendants.
23

24      The parties in the above-entitled action jointly request to extend the ADR deadline, currently

25 set for July 30, 2008.  On June 19, 2008, the parties attended a telephonic conference with the

26 assigned mediator in this case.  During this telephone conference, the mediator and the parties

27 agreed to hold the mediation session in this case on September 22, 2008, at 10:30 a.m.  This date

28 was selected to accommodate planned vacations, to allow the parties to conduct needed discovery
                                        -1-
   JOINT REQUEST TO EXTEND ADR DEADLINE                    Case No.  C07-05934-JF-HRL

-2-

1  and to allow Defendants time to file a dispositive motion.  Therefore, the parties jointly request that

2  the Court extend the ADR deadline in this case to September 30, 2008.

3

4  Dated:  June 25, 2008                          /s/ Fred W. Schwinn
                                                     Fred W. Schwinn, Esq.
5                                                    Attorney for Plaintiff
                                                     CRIS JAO BRETANA
6

7  Dated:  June 25, 2008                          /s/ Larry Rothman
                                                     Larry Rothman, Esq.
8                                                    Attorney for Defendants
                                                     INTERNATIONAL COLLECTION
9                                                    CORPORATION, CHARLES D.
                                                     HENDRICKSON, LUIGI CIOPPA,
10                                                   and FRANKLIN JAY LOVE

11

12        Having considered the parties' Joint Request to Extend ADR Deadline, the request is

13  GRANTED.  The ADR deadline in this case shall be extended to September 30, 2008.

14

15  Dated:
                                                     Honorable Jeremy Fogel
16                                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

-2-

JOINT REQUEST TO EXTEND ADR DEADLINE                          Case No.  C07-05934-JF-HRL