Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
CRIS JAO BRETANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05934-JF-HRL<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, LUIGI CIOPPA**<br><br>[Fed. R. Civ. P. 55(a)] |

FRED W. SCHWINN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am an attorney and counselor at law, duly admitted to practice before this Court, and the counsel of record for Plaintiff. In my capacity as the counsel of record for Plaintiff, I have personal knowledge of the matters stated in this declaration.

2. I hereby make application to the Clerk of this Court for entry of default as to Defendant, LUIGI CIOPPA, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

    a.  Defendant was personally served with copies of Plaintiff's Summons

1          and Complaint, as authorized by Rule 4(c)(1), Federal Rules of Civil Procedure;

    b. Upon Plaintiff's information and belief, Defendant, being an individual with his principal place of business in Los Angeles, California, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. § 520;

    c. After being served with the Summons and Complaint in this case, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 6, 2008. Defendant's Motion to Dismiss was denied by an Order of this Court entered on June 2, 2008. Pursuant to Fed. R. Civ. P. 12(a)(4)(A) Defendant's Answer to the Complaint was due on or before June 16, 2008.

    d. Defendant has neither answered nor otherwise responded formally to the Plaintiffs's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

    e. Copies of this Declaration and the Request for Entry of Default, seeking entry of default, which are being filed herewith, have this date been served upon Defendant by regular mail, postage prepaid.

Executed on June 27, 2008, at San Jose, California.

                     /s/ Fred W. Schwinn
                     Fred W. Schwinn, Esq.
                     Attorney for Plaintiff
                     CRIS JAO BRETANA