1 Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
2 12 South First Street, Suite 1014
San Jose, California 95113-2418
3 Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
4 Email Address: fred.schwinn@sjconsumerlaw.com

5 Attorney for Plaintiff
CRIS JAO BRETANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05934-JF-HRL<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF SANTA CLARA  )

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 12 South First Street, Suite 1014, San Jose, California 95113-2418. On June 27, 2008, I served the following:

1. REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, LUIGI CIOPPA

2. DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, LUIGI CIOPPA

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope

-1-

CERTIFICATE OF SERVICE BY MAIL                                            Case No. C07-05934-JF-HRL

-2-

with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

**DEFENDANT:**
Luigi Cioppa
International Collection Corporation
1930 Wilshire Boulevard, Suite 908
Los Angeles, CA  90057-3619

**ATTORNEY FOR DEFENDANT:**
Larry Rothman
Larry Rothman & Associates
1 City Boulevard West, Suite 850
Orange, CA  92868

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on June 27, 2008.

/s/ Fred W. Schwinn