Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
CRIS JAO BRETANA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05934-JF-HRL<br><br>**JOINT REQUEST TO EXTEND ADR DEADLINE** |

The parties in the above-entitled action jointly request to extend the ADR deadline, currently set for July 30, 2008. On June 19, 2008, the parties attended a telephonic conference with the assigned mediator in this case. During this telephone conference, the mediator and the parties agreed to hold the mediation session in this case on September 22, 2008, at 10:30 a.m. This date was selected to accommodate planned vacations, to allow the parties to conduct needed discovery

-1-

-2-

1  and to allow Defendants time to file a dispositive motion. Therefore, the parties jointly request that
2  the Court extend the ADR deadline in this case to September 30, 2008.

3

4  Dated: June 25, 2008                        /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
5                                               Attorney for Plaintiff
                                                CRIS JAO BRETANA
6

7  Dated: June 25, 2008                        /s/ Larry Rothman
                                                Larry Rothman, Esq.
8                                               Attorney for Defendants
                                                INTERNATIONAL COLLECTION
9                                               CORPORATION, CHARLES D.
                                                HENDRICKSON, LUIGI CIOPPA,
10                                              and FRANKLIN JAY LOVE

11

12       Having considered the parties' Joint Request to Extend ADR Deadline, the request is
13  GRANTED. The ADR deadline in this case shall be extended to September 30, 2008.

14

15  Dated:   7/2/08
                                                Honorable Jeremy Fogel
16                                              United States District Judge