**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 2, 2008

RE: CV 07-05934 JF    CRIS JAO BRETANA-v- INTERNATIONAL COLLECTION CORPORATION, ET AL.

Default is entered as to Defendant, Luigi Cioppa on 7/1/2008.

       RICHARD W. WIEKING, Clerk

       *Gordana Macic*

       by Gordana Macic
       Case Systems Administrator

NDC TR-4  Rev. 3/89