OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
2008 JUL 11 P 3:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CERTIFIED MAIL™

7007 0220 0004 4395 5374

02 1A
0004327683
MAILED FROM ZIP CODE 95113
JUL 01 2008
$ 05.49⁰
UNITED STATES POSTAGE
PITNEY BOWES

LUIGI CIOPPA
INTERNATIONAL COLLECTION
CORPORATION
1930 WILSHIRE BLVD. STE. 908
LOS / NIXIE    900    CE    1    77    07/08/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 951133095000    *1355-01909-01-41