Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
CRIS JAO BRETANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05934-JF-HRL<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL WRITTEN DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS**<br><br>[Fed. R. Civ. P. 37(a)]<br><br>Date:         September 23, 2008<br>Time:        9:00 a.m.<br>Judge:      Honorable Howard R. Lloyd<br>Courtroom: 2, 5th Floor<br>Place:        280 South First Street<br>                  San Jose, California |

TO: ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 23, 2008, at 9:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 2 of the United States District Court, located at 280 South First Street, San Jose, California, before the Honorable Howard R. Lloyd, United States District Judge, Plaintiff, CRIS JAO BRETANA ("Movant"), will move the Court for an Order compelling Defendants, INTERNATIONAL COLLECTION CORPORATION (hereinafter "ICC"), CHARLES

-1-

1  D. HENDRICKSON (hereinafter "HENDRICKSON"), LUIGI CIOPPA (hereinafter "CIOPPA"), 2 and FRANKLIN JAY LOVE (hereinafter "LOVE") (hereinafter collectively referred to as 3 "Defendants") to produce supplemental written discovery responses and documents responsive to 4 Movant's document requests, as well as an order deeming the admissions Defendants failed to 5 answer admitted.

6  This motion is made pursuant to Fed. R. Civ. P. 37(a) and Civil L.R. 37-2 on the grounds that 7 Defendants have refused to provide supplemental discovery responses and documents despite efforts 8 to meet and confer and to limit the scope of the requests.

9  This motion is based on this Notice of Motion and Motion to Compel Written Discovery 10 Responses and Production of Documents, the Memorandum of Points and Authorities in Support 11 of Motion to Compel Written Discovery Responses, Production of Documents and Deem 12 Admissions Admitted; the Declaration of Fred W. Schwinn in Support of to Compel Written 13 Discovery Responses, Production of Documents and Deem Admissions Admitted; and the 14 Declaration of Raeon R. Roulston in Support of to Compel Written Discovery Responses, 15 Production of Documents and Deem Admissions Admitted filed herewith, and such other evidence, 16 argument, and authorities which may be presented at or prior to the hearing before this Court on this 17 Motion, and such other and further matters of which this Court may take judicial notice.

18  Please govern yourself accordingly.

CONSUMER LAW CENTER, INC.

Dated: August 19, 2008                          By: /s/ Fred W. Schwinn
                                                    Fred W. Schwinn, Esq.
                                                    Attorney for Plaintiff
                                                    CRIS JAO BRETANA