Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
CRIS JAO BRETANA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05934-JF-HRL<br><br>**DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION TO COMPEL WRITTEN DISCOVERY RESPONSES, PRODUCTION OF DOCUMENTS, AND DEEM ADMISSIONS ADMITTED**<br><br>[Fed. R. Civ. P. 37(a)]<br><br>Date: September 23, 2008<br>Time: 9:00 a.m.<br>Judge: Honorable Howard R. Lloyd<br>Courtroom: 2, 5th Floor<br>Place: 280 South First Street<br>San Jose, California |

I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States,

28 U.S.C. § 1746, that the following statements are true:

      1.    I am an attorney at law duly licensed to practice before all the courts of the

State of California and am a shareholder in the law firm Consumer Law Center, Inc., attorneys of

- 1 -

1  record for Plaintiff, CRIS JAO BRETANA (hereinafter referred to as "Plaintiff").

2      2.    I have personal knowledge of the following facts, and if called as a witness,
3  I could and would competently testify thereto.

4      3.    On May 13, 2008, I caused to be served by first-class mail on Defendants,
5  INTERNATIONAL COLLECTION CORPORATION (hereinafter "ICC"), CHARLES D.
6  HENDRICKSON (hereinafter "HENDRICKSON"), LUIGI CIOPPA (hereinafter "CIOPPA"),
7  Plaintiff's First Request for Admissions Propounded to International Collection Corporation, Charles
8  D. Hendrickson, and Luigi Cioppa (hereinafter "ICC Requests for Admission"). A true and accurate
9  copy of the ICC Requests for Admission are attached hereto, marked Exhibit "1," and by this
10 reference is incorporated herein.

11     4.    On May 13, 2008, I caused to be served by first-class mail on Defendants,
12 ICC, HENDRICKSON, and CIOPPA Plaintiff's First Set of Interrogatories Propounded to
13 International Collection Corporation, Charles D. Hendrickson, and Luigi Cioppa (hereinafter "ICC
14 Interrogatories"). A true and accurate copy of the ICC Interrogatories are attached hereto, marked
15 Exhibit "2," and by this reference is incorporated herein.

16     5.    On May 13, 2008, I caused to be served by first-class mail on Defendants,
17 ICC, HENDRICKSON, and CIOPPA, Plaintiff's First Request For Production of Documents
18 Propounded to International Collection Corporation, Charles D. Hendrickson, and Luigi Cioppa
19 (hereinafter "ICC Document Requests"). A true and accurate copy of the ICC Document Requests
20 are attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

21     6.    On or about June 16, 2008, ICC, HENDRICKSON, and CIOPPA served
22 Responses to Request for Admissions by International Collection Corporation and Charles D.
23 Hendrickson (hereinafter "ICC's Admissions"). A true and accurate copy of ICC's Admissions are
24 attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

25     7.    On or about June 16, 2008, ICC, HENDRICKSON, and CIOPPA served
26 Responses to Interrogatories by International Collection Corporation and Charles D. Hendrickson
27 (hereinafter "ICC's Interrogatory Responses"). A true and accurate copy of ICC's Interrogatory
28 Responses are attached hereto, marked Exhibit "5," and by this reference is incorporated herein

DECLARATION OF FRED W. SCHWINN    Case No. C07-05934-JF-HRL

1      8. On or about June 16, 2008, ICC, HENDRICKSON, and CIOPPA served Responses to Request for the Production of Documents by International Collection Corporation and Charles D. Hendrickson (hereinafter "ICC's Document Production"). A true and accurate copy of ICC's Interrogatory Responses are attached hereto, marked Exhibit "6," and by this reference is incorporated herein.

    9. On May 13, 2008, I caused to be served by first-class mail on Defendant, FRANKLIN JAY LOVE (hereinafter "LOVE"), Plaintiff's First Request for Admissions Propounded to Franklin Jay Love (hereinafter "Love Request for Admissions"). A true and accurate copy of the Love Request for Admissions are attached hereto, marked Exhibit "7," and by this reference is incorporated herein.

    10. On May 13, 2008, I caused to be served by first-class mail on Defendant LOVE Plaintiff's First Set of Interrogatories Propounded to Franklin Jay Love (hereinafter "Love Interrogatories"). A true and accurate copy of the Love Interrogatories are attached hereto, marked Exhibit "8," and by this reference is incorporated herein.

    11. On May 13, 2008, I caused to be served by first-class mail on Defendant LOVE, Plaintiff's First Request For Production of Documents Propounded to Franklin Jay Love (hereinafter "Love Document Requests"). A true and accurate copy of the Love Document Requests are attached hereto, marked Exhibit "9," and by this reference is incorporated herein.

    12. On or about June 16, 2008, LOVE served Responses to Request for Admissions by Franklin J. Love (hereinafter "Love's Admissions"). A true and accurate copy of Love's Admissions are attached hereto, marked Exhibit "10," and by this reference is incorporated herein.

    13. On or about June 16, 2008, LOVE served Responses to Interrogatories by Franklin J. Love (hereinafter "Love's Interrogatory Responses"). A true and accurate copy of Love's Interrogatory Responses are attached hereto, marked Exhibit "11," and by this reference is incorporated herein.

    14. On or about June 16, 2008, LOVE served Responses to Request for the Production of Documents by Franklin J. Love (hereinafter "Love's Document Production"). A true

- 3 -

and accurate copy of Love's Interrogatory Responses are attached hereto, marked Exhibit "12," and by this reference is incorporated herein.

15. On or about July 11, 2007, my office caused a meet and confer letter pursuant to Fed. R. Civ. P. 37(a)(2) and Civil L.R. 37-1(a), to be sent to the counsel of ICC, HENDRICKSON, and CIOPPA which provided ample authority for the Plaintiff's position that ICC, HENDRICKSON and CIOPPA's blanket objections were inappropriate because Defendants must respond to each discovery request separately and fully. The letter also explained Plaintiff's position that Defendants could simply submit separate answers if their responses were different. A true and accurate copy of the July 11, 2008, letter to Defendants' counsel is attached hereto, marked Exhibit "13," and by this reference is incorporated herein.

16. On July 11, 2008, my office sent a meet and confer letter, pursuant to Fed. R. Civ. P. 37(a)(2) and Civil L.R. 37-1(a), to defendant LOVE's counsel, Larry Rothman, which provided ample authority for the Plaintiff's position that LOVE's objections were without merit and that LOVE "must either abandon [the bona fide error] defense or disclose the evidence that will be used to support this affirmative defense." A true and accurate copy of the July 11, 2008, letter to LOVE's counsel is attached hereto, marked Exhibit "14," and by this reference is incorporated herein.

17. On or about July 16, 2008, my office received a facsimile from Defendants' counsel Larry Rothman requesting a seven day extension to provide supplemental responses to Plaintiff's discovery requests. A true and accurate copy of the July 16, 2008, facsimile from Larry Rothman is attached hereto, marked Exhibit "15," and by this reference is incorporated herein.

18. On or about July 16, 2008, my office emailed Mr. Rothman, granting his requested extension to respond to Plaintiff's discovery responses. A true and accurate copy of the July 16, 2008, email to Larry Rothman is attached hereto, marked Exhibit "16," and by this reference is incorporated herein.

19. As of the date of this declaration, ICC, HENDRICKSON, and CIOPPA have not supplemented their Admissions, Interrogatory Responses or Document Responses and have not produced <u>any</u> documents in this case.

20. As of the date of this declaration, LOVE has not supplemented his Admissions, Interrogatory Responses or Document Responses and has not produced <u>any</u> documents in this case.

Executed at San Jose, California on August 19, 2008.

    /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff
CRIS JAO BRETANA