# Exhibit "2"

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  O. Randolph Bragg (IL Bar No. 6221983) (Pro Hac Vice)
   Craig M. Shapiro (IL Bar No. 6284475)
6  HORWITZ, HORWITZ & ASSOCIATES, LTD.
   25 East Washington Street, Suite 900
7  Chicago, Illinois 60602-1716
   Telephone Number: (312) 372-8822
8  Facsimile Number: (312) 372-1673
   Email Address: rand@horwitzlaw.com
9
   Attorneys for Plaintiff
10 CRIS JAO BRETANA

11
                    IN THE UNITED STATES DISTRICT COURT
12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE DIVISION
13

14 CRIS JAO BRETANA, on behalf of himself          Case No. C07-05934-JF-HRL
   and all others similarly situated,
15                                                 **PLAINTIFF'S FIRST SET OF
                          Plaintiff,               INTERROGATORIES PROPOUNDED
16                                                 TO INTERNATIONAL COLLECTION
   v.                                              CORPORATION, CHARLES D.
17                                                 HENDRICKSON, AND LUIGI
   INTERNATIONAL COLLECTION                        CIOPPA**
18 CORPORATION, a California corporation,
   CHARLES D. HENDRICKSON,
19 individually and in his official capacity,
   LUIGI CIOPPA, individually and in his
20 official capacity, and FRANKLIN JAY
   LOVE, individually and in his official
21 capacity,

22                        Defendants.

23
   To:    International Collection Corporation
24        Charles D. Hendrickson
          Luigi Cioppa
25        c/o Larry Rothman
          Larry Rothman & Associates
26        1 City Boulevard West, Suite 850
          Orange, CA 92868
27
          **COMES NOW** the Plaintiff, CRIS JAO BRETANA ("BRETANA"), and pursuant to Rule
28
                                              -1-
   FIRST SET OF INTERROGATORIES                                    Case No. C07-05934-JF-HRL

33 of the Federal Rules of Civil Procedure propounds the following interrogatories to Defendants, INTERNATIONAL COLLECTION CORPORATION ("ICC"), CHARLES D. HENDRICKSON, and LUIGI CIOPPA, to be answered fully and under oath within thirty (30) days of service hereof.

## DEFINITIONS

1. **"PERSON"** means an individual, partnership, firm, corporation or governmental agency.

2. **"YOU"** or **"YOUR"** refers to Defendant, International Collection Corporation, including all past and current employees and agents of this Defendant, and any individual over which this Defendant exercises the power to control and direct.

3. **"DOCUMENT"** shall include but not be limited to, all faxed, microfilmed, oral, recorded, taped, transcribed, typed, written, or by any other means recorded:

   affidavits; agreements; appointment books; audio tapes; bills; books; brochures; business accounts; business records; calendars; charts; circulars; communiques; compilations; complaints; computer stored information; contracts; correspondence; data; day books; diagrams; dairies; documents; drafts; faxes; files; graphs; invoices; ledgers; letters; lists; mailing lists; medical records; memorabilia; memorandums; messages; microfiche; microfilms; minutes; missives; motion picturers; notes; notices; pamphlets; papers; personal accounts; personal files; personal records; photographs; proxies; receipts; recordings; records; releases; releases to press, public or other; reports, draft and final; schedules; sketches; statements; statistics; studies; summaries; tape recordings; telegrams; teletypes; transcripts; videotapes; worksheets; and any other same or similar item.

   **DOCUMENT** shall further include all copies of any **DOCUMENT** requested, including drafts thereof, unless a copy or draft is identical in every respect to any other copy of such **DOCUMENTS** being produced.

4. **"IDENTIFY"** when used in reference to a **PERSON**, means to state his/her full name, his/her present or last known address, his/her telephone number, his/her present or last known position in business affiliation, his/her title or position held, by whom he/she was employed at the time of each event, transaction or occurrence herein referred to.

5. **"IDENTIFY"** when used in reference to a **DOCUMENT**, means to state the title or name of the **DOCUMENT**, the identity of the person or agency preparing it, the identity of the person who signed it or over whose name it was issued, the identity of each person to whom it was addressed or distributed, the nature or substance of the document with sufficient particularity to enable it to be identified, its date, and if it bears no date, the date when it was

1  prepared, its physical location and the name of its custodian(s).
2  6.  **"EXHIBIT "1""** refers to Exhibit "1" attached to the First Amended Complaint.
3  7.  **"EXHIBIT "3""** refers to Exhibit "3" attached to the First Amended Complaint.
4  8.  **"FDCPA"** means the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*.
5  9.  **"RFDCPA"** means the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq*.
7  10. The term **"COMPLAINT"** or **"FAC"** refers to Plaintiff's First Amended Complaint in the above styled action.
9  11. The term **"ANSWER"** refers to Defendant's Answer in the above styled action.
10 12. The terms **"PERSON"** or **"PERSONS"** shall mean all entities, including but not limited to individuals, groups or associations however formed.
12 13. The term **"THE DEBT"** refers to the obligation which **YOU** were attempting to collect from the Plaintiff.
14 14. **"BRETANA"** means Plaintiff, Cris Lao Bretana.
15 15. **"ICC"** means Defendant, International Collection Corporation.
16 16. **"HENDRICKSON"** means Defendant, Charles D. Hendrickson.
17 17. **"CIOPPA"** means Defendant, Luigi Cioppa.
18 18. **"LOVE"** means Defendant, Franklin Jay Love.
19 19. **"THE CLASS"** refers to members of the putative classes described at ¶44 and ¶45 of the First Amended Class Action Complaint.

## INSTRUCTIONS

22 1. The plural of any word shall include the singular form of that word and vice versa.
23 2. The masculine form of a word shall include the feminine form of that word and vice versa.
24 3. If the answer to any Interrogatory is "not applicable" or any similar phrase, explain why the Interrogatory is not applicable.
26 4. If the answer to any Interrogatory is "unknown" or any similar phrase, explain in detail efforts you have made to obtain or discover the requested information.
28 5. These interrogatories are continuing in nature and answers shall be promptly supplemented

-3-

FIRST SET OF INTERROGATORIES                                          Case No. C07-05934-JF-HRL

by the said Defendant at such time in the future as the facts and information discovered hereafter shall have been ascertained, and said supplemental answers shall be filed and served upon counsel for Plaintiff reasonably after such discovery as required by law.

6. Please sign the verification and mailing certificate attached to your Answers.

7. Unless otherwise specified in a particular paragraph, provide the information and documents requested for the time period November 26, 2006, through the present.

**INTERROGATORY NO. 1:** State the number of persons with an address within California who was sent a letter in the form represented by **EXHIBIT "1"** from Defendants between November 26, 2006, and the present.

**INTERROGATORY NO. 2:** For each person with an address within California who was sent the form represented by **EXHIBIT "1"** from Defendants between November 26, 2006 and the present, please state his or her.:

    a) full name;

    b) address; and

    c) telephone number.

**INTERROGATORY NO. 3:** State the number of persons with an address within California who was sent a letter in the form represented by **EXHIBIT "3"** from Defendants between November 26, 2006, and the present.

**INTERROGATORY NO.4:** For each person with an address within California who was sent the form represented by **EXHIBIT "3"** from Defendants between November 26, 2006, and the present, please state his or her.:

    a) full name;

    b) address; and

    c) telephone number.

**INTERROGATORY NO. 5:** Describe the relationship among Defendants, **ICC**, **HENDRICKSON**, **CIOPPA**, and **LOVE**.

**INTERROGATORY NO. 6:** Please state the net worth of Defendant, **ICC**, and how it was calculated.

**INTERROGATORY NO. 7:** Please state the net worth of Defendant, **HENDRICKSON**, and how it was calculated.

**INTERROGATORY NO. 8:** Please state the net worth of Defendant, **CIOPPA**, and how it was calculated.

**INTERROGATORY NO. 9:** State who and how the amounts in the collection letter dated December 1, 2006, (**EXHIBIT "1"**) representing that **BRETANA** owed $1,500.00 in principal, $25.00 in returned check fees, $168.49 in accrued interest and a total amount of $1,693.49 were determined.

**INTERROGATORY NO. 10:** State who and how the amounts in the collection letter dated January 9, 2007, (**EXHIBIT "3"**) representing that **BRETANA** owed $1,500.00 in principal, $1,500.00 in treble damages, $184.51 in interest and a total balance of $3,184.51 were determined.

**INTERROGATORY NO. 11:** Please state the amounts recovered by Defendants through use of **EXHIBIT "1"** or **EXHIBIT "3"**.

**INTERROGATORY NO. 12:** Please state the caption of each lawsuit filed against **ICC**, **HENDRICKSON**, or **CIOPPA** with regard to letters in the form of **EXHIBIT "1"** or **EXHIBIT "3"**.

-5-

**INTERROGATORY NO. 13:** Please describe all communications made by **ICC**, **HENDRICKSON**, or **CIOPPA** with **BRETANA**.

**INTERROGATORY NO. 14:** Please describe the procedure which results in Defendants sending letters in the form of **EXHIBIT "1"** and **EXHIBIT "3"**.

**INTERROGATORY NO. 15:** Please describe authority of Defendants to collect debts alleged in **EXHIBIT "1"** and **EXHIBIT "3"**.

**INTERROGATORY NO. 16:** Please describe the procedure through which **CIOPPA** signed **EXHIBIT "1"** and **EXHIBIT "3"**.

**INTERROGATORY NO. 17:** Please describe how and why **EXHIBIT "1"** and **EXHIBIT "3"** were sent to **BRETANA**.

**INTERROGATORY NO. 18:** Please describe how **ICC** came in possession of the debts alleged to be owed by **BRETANA** in **EXHIBIT "1"** and **EXHIBIT "3"**.

**INTERROGATORY NO. 19:** Please state the amount(s) Defendants paid for the alleged debts in **EXHIBITS "1"** and **EXHIBIT "3"**, to whom Defendants paid the alleged debts, and the date Defendants paid for the alleged debts.

**INTERROGATORY NO. 20:** Please describe all procedures maintained by Defendants to prevent the violations alleged in the **FAC**.

**INTERROGATORY NO. 21:** Please state the name and location of the person(s) who created, authorized the use, and directed the mailings of **EXHIBIT "1"** and **EXHIBIT "3"**.

-6-

**INTERROGATORY NO. 22:** Please describe the responsibilities and duties of **HENDRICKSON** with **ICC**.

**INTERROGATORY NO. 23:** Please describe the responsibilities and duties of **CIOPPA** with **ICC**.

**INTERROGATORY NO. 24:** Please describe the distribution of any moneys paid to Defendants as a result of letters in the form of **EXHIBIT "1"** and **EXHIBIT "3"**.

**INTERROGATORY NO. 25:** Describe any insurance coverage for the matters in this lawsuit.

**INTERROGATORY NO. 26:** Please describe the process through which Defendants filed a collection lawsuit, i.e. Exhibit "4", against **BRETANA** in the County of Sacramento.

CONSUMER LAW CENTER, INC.

By:_____
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
CRIS JAO BRETANA

**CERTIFICATE OF SERVICE**

The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy of the above and foregoing document to be deposited in the United States mail, postage prepaid, addressed to the following:

Larry Rothman
Larry Rothman & Associates
1 City Boulevard West, Suite 850
Orange, CA 92868
    Attorney for Defendant

on this, the 13th day of May, 2008.

_____
Fred W. Schwinn