# Exhibit "4"

1  LARRY ROTHMAN & ASSOCIATES
2  LARRY ROTHMAN – State Bar No. 72451
   City Plaza
3  1 City Boulevard West, Suite 850
4  Orange, California 92868
   (714) 363 0220  Telephone
5  (714) 363 0229  Facsimile
6  tocollect@aol.com   E-Mail

7

8  Attorneys for the Defendants:
   INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
9  HENDRICKSON,  and FRANKLIN J. LOVE

10

11

12

13

14                 **UNITED STATES DISTRICT COURT**

15       **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

16

17  CRIS JAO BRETANA, on behalf of himself   Case No: 5:07-cv-05934-JF
    and all others similarly situated,

18              Plaintiff,

19         vs.                                RESPONSES TO REQUESTS FOR
                                              ADMISSIONS BY
20  INTERNATIONAL COLLECTION               INTERNATIONAL COLLECTION
    CORPORATION, a California corporation,  CORPORATION AND
21  CHARLES D. HENDRICKSON,                CHARLES D. HENDRICKSON
    individually and in his official capacity,
22  LUIGI CIOPPA, INDIVIDUALLY AND
    IN HIS OFFICIAL CAPACITY, and
23  FRANKLIN JAY LOVE, individually and
    in his official capacity.
24

25

26                              1

27  RESPONSES TO REQUESTS FOR ADMISSIONS BY INTERNATIONAL
28  COLLECTION CORPORATION AND CHARLES D. HENDRICKSON

                                        Case No: 5:07-cv-05934-JF

1     Defendants.

2

3     PROPOUNDING PARTY:   CRIS JAO BRETANA

4     RESPONDING PARTY:    INTERNATIONAL COLLECTION

5
6          CORPORATION AND CHARLES D. HENDRICKSON

7     SET NO.  1

8
9          Theses responding parties object to Requests for Admissions Number 1

10    through 45 on the grounds that they are compound in that they are directed to more

11
12    than one Defendant who/which may or may not have different responses to each

13    Request for Admission.

14

15
16         This responding parties object to Requests for Admissions in that they are

17    excessive in number and are burdensome and oppressive.  They have been sent to

18
19    harass these Defendants and should be limited to what the particular Defendant

20    may

21

22

23

24

25

26                                     **2**

27    RESPONSES TO REQUESTS FOR ADMISSIONS BY INTERNATIONAL
28    COLLECTION CORPORATION AND CHARLES D. HENDRICKSON

                                         Case No: 5:07-cv-05934-JF

1

2

know or not know.

3

4

5                                                    Respectfully submitted,

6

7                                        LARRY ROTHMAN & ASSOCIATES

8         Dated:  June 16, 2008

9

10

11                                                    LARRY ROTHMAN,
                                                     Attorney for Defendants:
12        INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
                                        HENDRICKSON, and FRANKLIN J. LOVE
13

14

15

16

17

18

19

20

21

22

23

24

25

26                                         **3**

27

RESPONSES TO REQUESTS FOR ADMISSIONS BY INTERNATIONAL
28 COLLECTION CORPORATION AND CHARLES D. HENDRICKSON

                                        Case No: 5:07-cv-05934-JF

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On June 16, 2008, I served the foregoing document described as: RESPONSE TO REQUESTS FOR ADMISSIONS on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

### SEE ATTACHED PROOF OF SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 16, 2008, at Orange, California, California.

LARRY ROTHMAN

# PROOF OF SERVICE LIST

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716