# Exhibit "5"

1  LARRY ROTHMAN & ASSOCIATES
2  LARRY ROTHMAN – State Bar No. 72451
   City Plaza
3  1 City Boulevard West, Suite 850
   Orange, California 92868
4  (714) 363 0220  Telephone
5  (714) 363 0229  Facsimile
6  tocollect@aol.com  E-Mail

7

8  Attorneys for the Defendants:
   INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
9  HENDRICKSON,  and FRANKLIN J. LOVE

10

11

12

13

14                  **UNITED STATES DISTRICT COURT**

15        **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

16

17  CRIS JAO BRETANA, on behalf of himself | Case No: 5:07-cv-05934-JF
    and all others similarly situated,

18              Plaintiff,

19        vs.                            RESPONSES TO
                                         INTERROGATORIES BY
20  INTERNATIONAL COLLECTION             INTERNATIONAL COLLECTION
    CORPORATION, a California corporation, CORPORATION AND
21  CHARLES D. HENDRICKSON,             CHARLES D. HENDRICKSON
    individually and in his official capacity,
22  LUIGI CIOPPA, INDIVIDUALLY AND
    IN HIS OFFICIAL CAPACITY, and
23  FRANKLIN JAY LOVE, individually and
    in his official capacity.
24

25                              1

26

27  RESPONSES TO REQUESTS FOR INTERROGATORIES BY
    INTERNATIONAL COLLECTION CORPORATION AND CHARLES D.
28  HENDRICKSON

                                  Case No: 5:07-cv-05934-JF

1      Defendants.

2

3  PROPOUNDING PARTY:  CRIS JAO BRETANA

4  RESPONDING PARTY:    INTERNATIONAL COLLECTION

5

6      CORPORATION AND CHARLES D. HENDRICKSON

7  SET NO.  1

8

9      Theses responding parties object to Interrogatories 1 through 26 on the

10  grounds that they are compound in that they are directed to more than one

11  Defendant who/which may or may not have different responses to each Request for

12

13  Admission.

14

15      This responding parties object to Interrogatories in that they are excessive in

16

17  number and are burdensome and oppressive.  They have been sent to harass these

18  Defendants and should be limited to what the particular Defendant may

19

20

21

22

23

24

25                     **2**

26

27  RESPONSES TO REQUESTS FOR INTERROGATORIES BY
INTERNATIONAL COLLECTION CORPORATION AND CHARLES D.

28  HENDRICKSON

                                      Case No: 5:07-cv-05934-JF

1  know or not know.

2

3
                                                    Respectfully submitted,
4

5

6                                    LARRY ROTHMAN & ASSOCIATES

7      Dated:  June 16, 2008

8

9                                                    LARRY ROTHMAN,
                                                   Attorney for Defendants:
10     INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
11                         HENDRICKSON, and FRANKLIN J. LOVE

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                   3

26

27   RESPONSES TO REQUESTS FOR INTERROGATORIES BY
     INTERNATIONAL COLLECTION CORPORATION AND CHARLES D.
28   HENDRICKSON

                                          Case No: 5:07-cv-05934-JF

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On June 16, 2008, I served the foregoing document described as: RESPONSE TO INTERROGATORIES on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

### SEE ATTACHED PROOF OF SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 16, 2008, at Orange, California, California.

LARRY ROTHMAN

# PROOF OF SERVICE LIST

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716