# Exhibit "6"

LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229   Facsimile
tocollect@aol.com   E-Mail

Attorneys for the Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, and FRANKLIN J. LOVE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, and FRANKLIN JAY LOVE, individually and in his official capacity. | Case No: 5:07-cv-05934-JF<br><br>RESPONSES TO REQUEST FOR THE PRODUCTION OF DOCUMENTS BY INTERNATIONAL COLLECTION CORPORATION AND CHARLES D. HENDRICKSON |

1

RESPONSES TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS BY INTERNATIONAL COLLECTION CORPORATION AND CHARLES D. HENDRICKSON

Case No: 5:07-cv-05934-JF

Defendants.

PROPOUNDING PARTY: CRIS JAO BRETANA

RESPONDING PARTY: INTERNATIONAL COLLECTION CORPORATION AND CHARLES D. HENDRICKSON

SET NO. 1

Theses responding parties object to Requests for the Production of Documents 1 through 16 on the grounds that they are compound in that they are directed to more than one Defendant who/which may or may not have different responses to each Request.

This responding parties object to Requests for the Production of Documents in that they are excessive in number and are burdensome and oppressive. They have been sent to harass these Defendants and should be limited to what the

2

RESPONSES TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS BY INTERNATIONAL COLLECTION CORPORATION AND CHARLES D. HENDRICKSON

Case No: 5:07-cv-05934-JF

1  particular Defendant may know or not know.

Respectfully submitted,

LARRY ROTHMAN & ASSOCIATES

Dated: June 16, 2008

LARRY ROTHMAN,
Attorney for Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, and FRANKLIN J. LOVE

---

3

RESPONSES TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS BY INTERNATIONAL COLLECTION CORPORATION AND CHARLES D. HENDRICKSON

Case No: 5:07-cv-05934-JF

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On June 16, 2008, I served the foregoing document described as: RESPONSE TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 16, 2008, at Orange, California, California.

_____
LARRY ROTHMAN

# PROOF OF SERVICE LIST

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716