# Exhibit "9"

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  O. Randolph Bragg (IL Bar No. 6221983) (Pro Hac Vice)
   Craig M. Shapiro (IL Bar No. 6284475)
6  HORWITZ, HORWITZ & ASSOCIATES, LTD.
   25 East Washington Street, Suite 900
7  Chicago, Illinois 60602-1716
   Telephone Number: (312) 372-8822
8  Facsimile Number: (312) 372-1673
   Email Address: rand@horwitzlaw.com
9

10 Attorneys for Plaintiff
   CRIS JAO BRETANA
11

12              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                       SAN JOSE DIVISION

14 CRIS JAO BRETANA, on behalf of himself    Case No. C07-05934-JF-HRL
   and all others similarly situated,
15
                       Plaintiff,            **PLAINTIFF'S FIRST REQUEST FOR
16                                           PRODUCTION OF DOCUMENTS
17 v.                                        PROPOUNDED TO FRANKLIN JAY
                                             LOVE**
18 INTERNATIONAL COLLECTION
   CORPORATION, a California corporation,
19 CHARLES D. HENDRICKSON,
   individually and in his official capacity,
20 LUIGI CIOPPA, individually and in his
   official capacity, and FRANKLIN JAY
21 LOVE, individually and in his official
   capacity,
22
                       Defendants.
23
   To:    Franklin Jay Love
24        c/o Larry Rothman
          Larry Rothman & Associates
25        1 City Boulevard West, Suite 850
          Orange, CA 92868
26
          **COMES NOW** the Plaintiff, CRIS JAO BRETANA, and pursuant to Rule 34 of the Federal
27
   Rules of Civil Procedure requests that Defendant, FRANKLIN JAY LOVE ("LOVE"), allow the
28
                                              -1-
   FIRST SET OF DOCUMENT PRODUCTION REQUESTS                        Case No. C07-05934-JF-HRL

1  Plaintiff to inspect and copy the following documents. Said production to be made at the law offices
2  of the Consumer Law Center, Inc., 12 South First Street, Suite 1014, San Jose, California 95113-
3  2418, within thirty (30) days of the service of this request. In the alternative, copies of these
4  documents may be forwarded to Plaintiff's counsel prior to the expiration of this time period.

5      This request is intended to cover all documents in possession of LOVE, or subject to his
6  custody and control, regardless of location. This request shall be deemed continuing so as to require
7  further and supplemental production if LOVE obtains additional documents required to be produced
8  herein between the time of the initial production and the time of trial.

### DEFINITIONS

10      For purposes only of this request for production, the following term, when used in this
11  request, shall mean:

12  1.    **"PERSON"** means an individual, partnership, firm, corporation or governmental agency.

13  2.    **"YOU"** or **"YOUR"** refers to Defendant, Franklin Jay Love, including all past and current
14      employees and agents of this Defendant, and any individual over which this Defendant
15      exercises the power to control and direct.

16  3.    **"DOCUMENT"** shall include but not be limited to, all faxed, microfilmed, oral, recorded,
17      taped, transcribed, typed, written, or by any other means recorded:

18      affidavits: agreements; appointment books; bills; books; brochures; business accounts; business records; calendars; charts; circulars; communique; compilations; complaints; computer stored information; contracts; correspondence; data; day books; diagrams; diaries; documents; drafts; faxes; files; graphs; invoices; ledgers; letters; lists; mailing lists; medical records; memorabilia; memorandums; messages; microfiche; microfilms; minutes; missives; motion pictures; motes; notices; pamphlets; papers; personal accounts; personal files; personal records; photographs; proxies; receipts; recordings; records; releases; releases to press, public or other; reports, draft and final; schedules; sketches; statements; statistics; studies; summaries; tape recordings; telegrams; teletypes; transcripts; videotapes; worksheets; and any other same or similar item. Document shall further include all copies of any document requested, including drafts thereof, unless a copy or draft is identical in every respect to any other copy of such documents being produced.

    **DOCUMENT** shall further include all copies of any **DOCUMENT** requested, including drafts thereof, unless a copy or draft is identical in every respect to any other copy of such **DOCUMENTS** being produced.

4.    **"IDENTIFY"** when used in reference to a **PERSON**, means to state his/her full name,

-2-

FIRST SET OF DOCUMENT PRODUCTION REQUESTS    Case No. C07-05934-JF-HRL

|   |   |
|---|---|
| 1 | his/her present or last known address, his/her telephone number, his/her present or last |
| 2 | known position in business affiliation, his/her title or position held, by whom he/she was |
| 3 | employed at the time of each event, transaction or occurrence herein referred to. |
| 4 | 5. **"IDENTIFY"** when used in reference to a **DOCUMENT**, means to state the title or name |
| 5 | of the **DOCUMENT**, the identity of the person or agency preparing it, the identity of the |
| 6 | person who signed it or over whose name it was issued, the identity of each person to whom |
| 7 | it was addressed or distributed, the nature or substance of the document with sufficient |
| 8 | particularity to enable it to be identified, its date, and if it bears no date, the date when it was |
| 9 | prepared, its physical location and the name of its custodian(s). |
| 10 | 6. **"EXHIBIT "1""** refers to Exhibit "1" attached to the First Amended Complaint. |
| 11 | 7. **"EXHIBIT "2""** refers to Exhibit "1" attached to the First Amended Complaint. |
| 12 | 8. **"EXHIBIT "3""** refers to Exhibit "3" attached to the First Amended Complaint. |
| 13 | 9. **"EXHIBIT "4""** refers to Exhibit "4" attached to the First Amended Complaint. |
| 14 | 10. **"FDCPA"** means the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* |
| 15 | 11. **"RFDCPA"** means the Rosenthal Fair Debt Collection Practices Act, California Civil Code |
| 16 | § 1788 *et seq.* |
| 17 | 12. The term **"COMPLAINT"** or **"FAC"** refers to Plaintiff's First Amended Complaint in the |
| 18 | above styled action. |
| 19 | 13. The term **"ANSWER"** refers to Defendant's Answer in the above styled action. |
| 20 | 14. The terms **"PERSON"** or **"PERSONS"** shall mean all entities, including but not limited to |
| 21 | individuals, groups or associations however formed. |
| 22 | 15. The term **"THE DEBT"** refers to the obligation which **YOU** were attempting to collect from |
| 23 | the Plaintiff. |
| 24 | 16. **"BRETANA"** means Plaintiff, Cris Lao Bretana. |
| 25 | 17. **"ICC"** means Defendant, International Collection Corporation. |
| 26 | 18. **"HENDRICKSON"** means Defendant, Charles D. Hendrickson. |
| 27 | 19. **"CIOPPA"** means Defendant, Luigi Cioppa. |
| 28 | 20. **"LOVE"** means Defendant, Franklin Jay Love. |

-3-

21. **"THE CLASS"** refers to members of the putative classes described at ¶44 and ¶45 of the First Amended Class Action Complaint.

Unless otherwise specified in a particular paragraph, provide the information and documents requested for the time period November 26, 2006, through the present.

Plaintiff hereby requests that Defendant, **LOVE**, produce and permit Plaintiff to inspect and copy each of the following:

1. All **DOCUMENTS** on which you relied in anyway in preparing answers to Plaintiff's interrogatories served simultaneously herewith.
2. All **DOCUMENTS** which you specially mention in any answer to Plaintiff's interrogatories served simultaneously herewith.
3. All **DOCUMENTS** which were specifically mentioned or requested in the text of any of Plaintiff's interrogatories served simultaneously herewith.
4. All **DOCUMENTS** which you intend to utilize at a trial or hearing in this matter.
5. All **DOCUMENTS** identified or listed in **YOUR** Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) in this case.
6. All **DOCUMENTS** relating in any way to the alleged debt of Plaintiff and the collection thereof.
7. Copies of the all **DOCUMENTS** relating to the litigation identified in **EXHIBIT "4."**
8. Copies of the all **DOCUMENTS** regarding the amounts claimed in **EXHIBIT "4."**
9. Copies of the all **DOCUMENTS** regarding the determination to file **EXHIBIT "4"** in the County of Sacramento.
10. Copies of the all **DOCUMENTS** regarding the relationship between or amoung **ICC, HENDRICKSON, CIOPPA,** and **LOVE**.
11. Copies of the Complaint for all lawsuits **YOU** have filed in the state of California on behalf of **ICC** to recover debts owed or alleged to be owed to Harrah's Casino between November 26, 2004, and November 26, 2007.

-4-

12. Copies of the Complaint for all lawsuits you have filed in the state of California on behalf of **ICC** to recover debts owed or alleged to be owed to **ICC** between November 26, 2004 and the present.

13. Copies of the Complaint for any litigation filed against Defendant, **LOVE**, between November 26, 2004, and the present, alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692i(a).

14. Any insurance policies covering Defendant, **LOVE**, for violation of the Fair Debt Collection Practices Act.

15. All **DOCUMENTS** in Defendant, **LOVE**'s, possession sent to or received from anyone which in any way relate to the debt owed by **BRETANA**.

16. All **DOCUMENTS** in Defendant, **LOVE**'s, possession sent to or received from **BRETANA** which in any way relate to the debt owed by **BRETANA**.

17. All operation manuals or similar **DOCUMENTS**, etc., utilized by Defendant, **LOVE**, relating to its compliance with the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

18. All **DOCUMENTS** relating to the maintenance of procedures by Defendant, **LOVE**, adapted to avoid any violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

19. All material, including video and audio tapes, pertaining to training by or for Defendant, **LOVE**, and its employees regarding the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

20. A copy of the entire contents of the collection file maintained by Defendant, **LOVE**, pertaining to the collection of the debt allegedly owed by **BRETANA**.

```
                                        CONSUMER LAW CENTER, INC.

                                        By: /s/
                                        Fred W. Schwinn (SBN 225575)
                                        CONSUMER LAW CENTER, INC.
                                        12 South First Street, Suite 1014
                                        San Jose, California 95113-2418
                                        Telephone Number: (408) 294-6100
                                        Facsimile Number: (408) 294-6190
                                        Email Address: fred.schwinn@sjconsumerlaw.com

                                        O. Randolph Bragg (IL Bar No. 6221983)
                                        Craig M. Shapiro (IL Bar No. 6284475)
                                        HORWITZ, HORWITZ & ASSOCIATES, LTD.
                                        25 East Washington Street, Suite 900
                                        Chicago, Illinois 60602-1716
                                        Telephone Number: (312) 372-8822
                                        Facsimile Number: (312) 372-1673
                                        Email Address: rand@horwitzlaw.com

                                        Attorneys for Plaintiff
                                        CRIS JAO BRETANA
```

## CERTIFICATE OF SERVICE

The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy of the above and foregoing document to be deposited in the United States mail, postage prepaid, addressed to the following:

Larry Rothman
Larry Rothman & Associates
1 City Boulevard West, Suite 850
Orange, CA 92868
    Attorney for Defendants

on this, the 13th day of May, 2008.

/s/ Fred W. Schwinn