# Exhibit "10"

1  LARRY ROTHMAN & ASSOCIATES
2  LARRY ROTHMAN – State Bar No. 72451
   City Plaza
3  1 City Boulevard West, Suite 850
   Orange, California 92868
4  (714) 363 0220  Telephone
5  (714) 363 0229  Facsimile
6  tocollect@aol.com   E-Mail

7

8  Attorneys for the Defendants:
   INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
9  HENDRICKSON,  and FRANKLIN J. LOVE

10

11

12

13

14  **UNITED STATES DISTRICT COURT**

15  **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

16

17  CRIS JAO BRETANA, on behalf of himself    Case No: 5:07-cv-05934-JF
    and all others similarly situated,

18          Plaintiff,

19      vs.                                    RESPONSES TO REQUESTS FOR
                                               ADMISSIONS BY FRANKLIN J.
20  INTERNATIONAL COLLECTION                   LOVE
21  CORPORATION, a California corporation,
    CHARLES D. HENDRICKSON,
22  individually and in his official capacity,
    LUIGI CIOPPA, INDIVIDUALLY AND
23  IN HIS OFFICIAL CAPACITY, and
    FRANKLIN JAY LOVE, individually and
24  in his official capacity.

25          Defendants.

26  ───────────────────────────────────
                        1
27

28  RESPONSES TO REQUESTS FOR ADMISSIONS BY FRANKLIN J.
    LOVE
                                          Case No: 5:07-cv-05934-JF

PROPOUNDING PARTY:  CRIS JAO BRETANA

RESPONDING PARTY:     FRANKLIN J. LOVE

SET NO.  1

1        This responding party has made reasonable inquiry and the known or obtainable information is insufficient to enable the party to admit or deny.  See Asea, Inc. v Southern Pacific Transportation Co.  (1981) 669 F.2d 1242.

2        This responding party has made reasonable inquiry and the known or obtainable information is insufficient to enable the party to admit or deny.  See Asea, Inc. v Southern Pacific Transportation Co.  (1981) 669 F.2d 1242.

3        This responding party has made reasonable inquiry and the known or obtainable information is insufficient to enable the party to admit or deny.  See Asea, Inc. v Southern Pacific Transportation Co.  (1981) 669 F.2d 1242.

4        This responding party has made reasonable inquiry and the known or obtainable information is insufficient to enable the party to admit or deny.  See Asea, Inc. v Southern Pacific Transportation Co.  (1981) 669 F.2d 1242.

2

RESPONSES TO REQUESTS FOR ADMISSIONS BY FRANKLIN J. LOVE

Case No: 5:07-cv-05934-JF

5 Admit.

6 Objection – Attorney client privilege.  Calls for a legal conclusion.

7 Objection -  Attorney client privilege.  Calls for a legal conclusion.

8 Objection -  Attorney client privilege.  Calls for a legal conclusion.

9 Objection -  Attorney client privilege.  Calls for a legal conclusion

10 Objection -  Attorney client privilege.  Calls for a legal conclusion.

11 Objection - Calls for a legal conclusion.

12 Objection - Calls for a legal conclusion.

13 Objection - Calls for a legal conclusion.

14 Objection - Calls for a legal conclusion.

15 Objection - Calls for a legal conclusion.

---

3

RESPONSES TO REQUESTS FOR ADMISSIONS BY FRANKLIN J. LOVE

Case No: 5:07-cv-05934-JF

1    16    Objection - Calls for a legal conclusion.

                                    Respectfully submitted,

                        LARRY ROTHMAN & ASSOCIATES

     Dated:    June 17, 2008

                        _____
                                    LARRY ROTHMAN,
                                    Attorney for Defendants:
     INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
                HENDRICKSON, and FRANKLIN J. LOVE

---

**4**

RESPONSES TO REQUESTS FOR ADMISSIONS BY FRANKLIN J. LOVE

                                    Case No: 5:07-cv-05934-JF

## VERIFICATION

I have read the foregoing RESPONSES TO REQUESTS FOR ADMISSIONS and know of its contents.

I am the Defendant. The matters stated in the foregoing document are true of my own knowledge except as to those matters, which are stated; on information and belief and as to those matters I believe them to be true.

Executed in Covina, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
FRANKLIN J. LOVE,
DECLARANT

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On June 16, 2008, I served the foregoing document described as: RESPONSE TO REQUESTS FOR ADMISSIONS on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

## SEE ATTACHED PROOF OF SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 16, 2008, at Orange, California, California.

LARRY ROTHMAN

## PROOF OF SERVICE LIST

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716