# Exhibit "11"

LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229  Facsimile
tocollect@aol.com   E-Mail


Attorneys for the Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, and FRANKLIN J. LOVE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, and FRANKLIN JAY LOVE, individually and in his official capacity.<br><br>Defendants. | Case No: 5:07-cv-05934-JF<br><br>RESPONSES TO INTERROGATORIES BY FRANKLIN J. LOVE |

1

RESPONSES TO INTERROGATORIES BY
FRANKLIN J. LOVE                                                  Case No: 5:07-cv-05934-JF

PROPOUNDING PARTY:   CRIS JAO BRETANA

RESPONDING PARTY:    FRANKLIN J. LOVE

SET NO. 1

1    FRANKLIN J. LOVE, 125 S Citrus Ave #101, Covina, CA, 91723, Attorney, UCI, University of West Los Angeles, JD

2    Various documents received from various clients.

3    Objection, overbroad and I do not understand the question.

4    Processed information received from client and objection attorney – client privilege.

5    Processed information received from client. Objection attorney client privilege.

6    Analysis and review of all documents by me to insure that errors are not made.

7    Objection, overbroad and I do not understand the question.

8    Objection – public records available to all parties.

9    Objection – public records available to all parties.

10    None.

11    Objection – compound and overbroad.

12    I do not know yet.

1  13   I do not know yet.

                                                                          Respectfully submitted,

                                                   LARRY ROTHMAN & ASSOCIATES

Dated:   June 16, 2008

                                                          LARRY ROTHMAN,
                                                       Attorney for Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, and FRANKLIN J. LOVE

3

RESPONSES TO INTERROGATORIES BY
FRANKLIN J. LOVE                               Case No: 5:07-cv-05934-JF

## VERIFICATION

I have read the foregoing RESPONSES TO INTERROGATORIES and know of its contents.

I am the Defendant. The matters stated in the foregoing document are true of my own knowledge except as to those matters, which are stated; on information and belief and as to those matters I believe them to be true.

Executed in Covina, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                  FRANKLIN J. LOVE,
                                                  DECLARANT

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On June 16, 2008, I served the foregoing document described as: RESPONSE TO INTERROGATORIES on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

### SEE ATTACHED PROOF OF SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 16, 2008, at Orange, California, California.

_____
LARRY ROTHMAN

# PROOF OF SERVICE LIST

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716