# Exhibit "12"

1  LARRY ROTHMAN & ASSOCIATES
2  LARRY ROTHMAN – State Bar No. 72451
   City Plaza
3  1 City Boulevard West, Suite 850
   Orange, California 92868
4  (714) 363 0220  Telephone
5  (714) 363 0229   Facsimile
6  tocollect@aol.com   E-Mail
7
8  Attorneys for the Defendants:
   INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
9  HENDRICKSON, and FRANKLIN J. LOVE
10
11
12
13
               UNITED STATES DISTRICT COURT
14
       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
15
16
17 CRIS JAO BRETANA, on behalf of himself   Case No: 5:07-cv-05934-JF
   and all others similarly situated,
18
           Plaintiff,
                                            RESPONSES TO
19    vs.                                   REQUEST FOR PRODUCTION
                                            OF DOCUMENTS BY
20 INTERNATIONAL COLLECTION                 FRANKLIN J. LOVE
   CORPORATION, a California corporation,
21 CHARLES D. HENDRICKSON,
   individually and in his official capacity,
22 LUIGI CIOPPA, INDIVIDUALLY AND
   IN HIS OFFICIAL CAPACITY, and
23 FRANKLIN JAY LOVE, individually and
   in his official capacity.
24
25
                              1
26
27
   RESPONSES TO REQUEST FOR PRODUCTION
28 OF DOCUMENTS BY FRANKLIN J. LOVE

                                            Case No: 5:07-cv-05934-JF

| | |
|---|---|
| | Defendants. |

PROPOUNDING PARTY:   CRIS JAO BRETANA

RESPONDING PARTY:    FRANKLIN J. LOVE

SET NO.  1

1   None to date.

2   None to date.

3   None to date.

4   I do not know as of yet.

5   None to date.

6   I am still reviewing documents and will provide these to you.

7   Other than public records that Plaintiff has, none that are not subject to the attorney client privilege.

8   Other than public records that Plaintiff has, none that are not subject to the attorney client privilege.

9   Other than public records that Plaintiff has, none that are not subject to the attorney client privilege.

---

2

RESPONSES TO REQUEST FOR PRODUCTION
OF DOCUMENTS BY FRANKLIN J. LOVE

Case No: 5:07-cv-05934-JF

10   Other than public records that Plaintiff has, none that are not subject to the attorney client privilege.

11   Objection – public records available to all parties.

12   Objection – public records available to all parties.

13   None.

14   None.

15   Other than public records that Plaintiff has, none that are not subject to the attorney client privilege.

16   None.

17   None

18   None.

19   None.

3

RESPONSES TO REQUEST FOR PRODUCTION
OF DOCUMENTS BY FRANKLIN J. LOVE

Case No: 5:07-cv-05934-JF

20   Other than public records that Plaintiff has, none that are not subject to the attorney client privilege.

Respectfully submitted,

LARRY ROTHMAN & ASSOCIATES

Dated:   June 16, 2008

_____
LARRY ROTHMAN,
Attorney for Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, and FRANKLIN J. LOVE

---

4

RESPONSES TO REQUEST FOR PRODUCTION
OF DOCUMENTS BY FRANKLIN J. LOVE

Case No: 5:07-cv-05934-JF

## VERIFICATION

I have read the foregoing RESPONSES TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS and know of its contents.

I am the Defendant. The matters stated in the foregoing document are true of my own knowledge except as to those matters, which are stated; on information and belief and as to those matters I believe them to be true.

Executed in Covina, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
FRANKLIN J. LOVE,
DECLARANT

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On June 16, 2008, I served the foregoing document described as: RESPONSE TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

### SEE ATTACHED PROOF OF SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 16, 2008, at Orange, California, California.

LARRY ROTHMAN

## PROOF OF SERVICE LIST

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716