Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
CRIS JAO BRETANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05934-JF-HRL<br><br>**DECLARATION OF RAEON R. ROULSTON IN SUPPORT OF MOTION TO COMPEL WRITTEN DISCOVERY RESPONSES, PRODUCTION OF DOCUMENTS, AND DEEM ADMISSIONS ADMITTED**<br><br>[Fed. R. Civ. P. 37(a)]<br><br>Date: September 23, 2008<br>Time: 9:00 a.m.<br>Judge: Honorable Howard R. Lloyd<br>Courtroom: 2, 5th Floor<br>Place: 280 South First Street<br>San Jose, California |

I, Raeon R. Roulston, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

    1.    I am an attorney at law duly licensed to practice before all the courts of the

- 1 -
DECLARATION OF RAEON R. ROULSTON    Case No. C07-05934-JF-HRL

1  State of California and am an employee of the law firm Consumer Law Center, Inc., attorneys of

2  record for Plaintiff, CRIS JAO BRETANA (hereinafter referred to as "Plaintiff").

3       2.    I have personal knowledge of the following facts, and if called as a witness,

4  I could and would competently testify thereto.

5       3.    On July 11, 2008, I sent a meet and confer letter, pursuant to Fed. R. Civ. P.

6  37(a)(2) and Civil L.R. 37-1(a), to Larry Rothman, counsel for INTERNATIONAL COLLECTION

7  CORPORATION (hereinafter "ICC"), CHARLES D. HENDRICKSON (hereinafter

8  "HENDRICKSON"), and LUIGI CIOPPA (hereinafter "CIOPPA"), in which I provided ample

9  authority for Plaintiff's position that ICC, HENDRICKSON and CIOPPA's blanket objections were

10 inappropriate and that Defendants must respond to each discovery request separately and fully. I

11 also explained Plaintiff's position that Defendants could simply submit separate answers if their

12 responses were different. A true and accurate copy of my July 11, 2008, letter to Defendants'

13 counsel is attached hereto, marked Exhibit "13," and by this reference is incorporated herein.

14      4.    On July 11, 2008, I sent a meet and confer letter, pursuant to Fed. R. Civ. P.

15 37(a)(2) and Civil L.R. 37-1(a), to Larry Rothman, counsel for Defendant, FRANKLIN JAY LOVE,

16 in which I provided ample authority for Plaintiff's position that LOVE's objections were without

17 merit and that LOVE "must either abandon [the bona fide error] defense or disclose the evidence

18 that will be used to support this affirmative defense." A true and accurate copy of my July 11, 2008,

19 letter to LOVE's counsel is attached hereto, marked Exhibit "14," and by this reference is

20 incorporated herein.

21      5.    On or about July 16, 2008, the Consumer Law Center, Inc., received a

22 facsimile from Defendants' counsel, Larry Rothman, requesting a seven day extension to provide

23 supplemental responses to Plaintiff's discovery requests. A true and accurate copy of the July 16,

24 2008, facsimile from Larry Rothman is attached hereto, marked Exhibit "15," and by this reference

25 is incorporated herein.

26      6.    On or about July 16, 2008, I emailed Mr. Rothman, granting his requested

27 extension to respond to Plaintiff's discovery responses. A true and accurate copy of my July 16,

28 2008, email to Larry Rothman is attached hereto, marked Exhibit "16," and by this reference is

- 2 -

1  incorporated herein.

2        7.    As of the date of this declaration, Defendants have not responded to the meet and confer letters, have not supplemented their Admissions, Interrogatory Responses or Document Responses and have not produced <u>any</u> documents in this case.

     Executed at San Jose, California on August 19, 2008.

     /s/ Raeon R. Roulston
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address:
raeon.roulston@sjconsumerlaw.com
Attorney for Plaintiff
CRIS JAO BRETANA

- 3 -

DECLARATION OF RAEON R. ROULSTON                         Case No. C07-05934-JF-HRL