# Exhibit "15"

COMMUNIQUÉ FROM
LARRY ROTHMAN AND ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220 Telephone
(714) 363 0229 Facsimile
<u>tocollect@aol.com</u>   E-Mail

DATE: July 16, 2008

TO : MR. SCHWIIN

FROM: Larry Rothman

---

message:
RE: ICC

My office received your "meet and confer" letter on July 15, 2008 although it was dated July 11, 2008. We did not receive it by fax. I have forwarded it to my clients who indicated that they will be able to provide more details for their answer. I will need 7 days from today for my clients to furnish more information, for my office to review and type the responses, and get these to you. As such, I will need an extension to 7/23/08. If you will not allow such an extension due to some meritorious time related problem, please advise me. Also confirm this requested extension by fax and/or e-mail.

CONFIDENTIAL

The information transmitted in this facsimile message is sent by an attorney or his/her agent is intended to be confidential and for the use of only the individual or entity named above. If the recipient is a client, this message may also be for the purpose of rendering legal advice and thereby privileged. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copy of this facsimile is strictly prohibited. Thank you.