# Exhibit "16"

# Raeon Roulston

| | |
|---|---|
| **From:** | Raeon Roulston |
| **Sent:** | Wednesday, July 16, 2008 4:56 PM |
| **To:** | tocollect@aol.com |
| **Cc:** | Fred Schwinn |
| **Subject:** | Discovery response extension, Bretana v. ICC et al, C07-05934-JF-HRL |

Counsel,

We are in receipt of your fax on July 16, 2008 in which you requested a one week extension to respond to Plaintiff's discovery. Accordingly we grant said extension and request that Defendant serve supplemental responses no later than July 23, 2008. Due to the turnaround time on mailed responses, we further request that Defendant simultaneously serve the supplemental responses by email to fred.schwinn@sjconsumerlaw.com on July 23, 2008. Thanks for your cooperation in this matter.


Raeon R. Roulston
Associate Attorney

Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418
Phone (408) 294-6100 x112
Fax (408) 294-6190
raeon.roulston@sjconsumerlaw.com

Notice: This message, and any attached file, is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail and delete all copies of the original message. Thank you.