LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229  Facsimile
tocollect@aol.com   E-Mail

Attorneys for the Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON, FRANKLIN J. LOVE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, FRANKLIN J. LOVE,<br><br>Defendants. | Case No: C07-05934-JF(Hrl)<br><br>DECLARATION OF LARRY ROTHMAN<br><br>DATE: September 23, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 2 |

1

DECLARATION OF LARRY ROTHMAN

C07-05934-JF(Hrl)

I, LARRY ROTHMAN, declare as follows:

1 That I am an attorney, licensed to practice law in all courts of the State of California and in the United States District Court - Northern District of California. I have personal knowledge of all facts set forth in this Declaration.

2 Concurrently filed with this Motion is Exhibit A. The documents attached to Exhibit A were caused to be faxed to Plaintiff's counsel on the dates set forth on the facsimiles. Until this Motion was filed, I never received any return call or fax responding to my facsimiles and my desire to meet and confer concerning discovery items of dispute.

I declare under penalty of perjury of the laws of United States that the facts set forth in this Declaration are true and correct under and that this Declaration was signed in Orange, California on this date.

DATED: September 2, 2008

BY: _____
LARRY ROTHMAN
Declarant

2

DECLARATION OF LARRY ROTHMAN

C07-05934-JF(Hrl)

# PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On September 2, 2008, I served the foregoing document described as:

DECLARATION OF LARRY ROTHMAN
on the parties listed below in this action by placing a true copy thereof or the originals via electronic mail through the ECF system of the United States District Court to the following

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

O, Randolph Bragg, Esq.
Craig M. Shapiro, Esq.
Horwitz, Horwitz & Associates, LTD
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716

[X]     **BY ELECTRONIC MAIL.** I caused the above document to be electronically mailed through the ECF system of the United States District Court. Executed on September 2, 2008, at Orange California.

FEDERAL. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

_____
LARRY ROTHMAN