UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRIS BRETANA,<br>    Plaintiff,<br>V.<br>INTERNATIONAL COLLECTION CORP.,<br>    Defendant. | Case Number CV-07-5934-JF<br><br>Case Management Conference<br><br>October 3, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on September 5, 2008 is continued to October 3, 2008 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

September 3, 2008        For the Court
                 Richard W. Wieking, Clerk

                 By: /s/
                 Diana Munz
                 Courtroom Deputy Clerk