1  Fred W. Schwinn (SBN 225575)
   fred.schwinn@sjconsumerlaw.com
2  Raeon R. Roulston (SBN 255622)
   raeon. roulston@sjconsumerlaw.com
3  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
4  San Jose, California  95113-2418
   Telephone Number: (408) 294-6100
5  Facsimile Number: (408) 294-6190

6

7  O. Randolph Bragg (IL Bar No. 6221983)
   Craig M. Shapiro (IL Bar No. 6284475)
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
8  25 East Washington Street, Suite 900
   Chicago, Illinois 60602-1716
9  Telephone Number: (312) 372-8822
   Facsimile Number: (312) 372-1673
10 Email Address: rand@horwitzlaw.com

11 Attorneys for Plaintiff
   CRIS JAO BRETANA

**E-Filed 10/2/08**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>                    Defendants. | Case No.  C07-05934-JF-HRL<br><br>**PLAINTIFF'S FURTHER CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

The initial case management conference in this matter was held on May 2, 2008. Subsequently, Plaintiff propounded written discovery to Defendants. Defendants responded with boilerplate objections and failed to produce any documents. After meeting and conferring with

-1-

1  Defendant's counsel, Plaintiff was ultimately forced to file a Motion to Compel Discovery
2  Responses, which was granted in whole.
3      On September 22, 2008, Judge Lloyd entered an Order requiring Defendants to supplement
4  their written discovery responses and produce all documents responsive to Plaintiff's discovery
5  requests no later than October 3, 2008.   Once Defendants have supplemented their discovery
6  responses and produced the appropriate documents, Plaintiff intends to notice the depositions of
7  several Defendants to take place in November.
8      Additionally, the parties attended a mediation session with Carol Webster Millie on
9  September 22, 2008.  Unfortunately the parties were unable to settle this matter.
10      In light of the foregoing and the ongoing discovery in this case, Plaintiff respectfully requests
11  that the Case Management Conference currently set for October 3, 2008, at 10:30 a.m., be continued
12  for sixty days.

14  Dated:  October 1, 2008              /s/ Raeon R. Roulston
                                         Raeon R. Roulston, Esq.
15                                       Attorney for Plaintiff
                                         CRIS JAO BRETANA

18  **[PROPOSED] ORDER**

19  Having considered the Plaintiff's Request to Continue Case Management Conference, the
20  request is GRANTED.  A Case Management Conference shall be held on __12/5/08__,
21  at 10:30 a.m. in Courtroom 3.

23  Dated:  10/2/08
                                         Honorable Jeremy Fogel
24                                       United States District Judge