Fred W. Schwinn (SBN 225575)
fred.schwinn@sjconsumerlaw.com
Raeon R. Roulston (SBN 255622)
raeon. roulston@sjconsumerlaw.com
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190

**E-Filed 6/3/2009**

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
CRIS JAO BRETANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05934-JF-HRL<br><br>**PLAINTIFF'S FURTHER CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

The initial case management conference in this matter was May 2, 2008. Subsequently, Plaintiff propounded written discovery to Defendants. Defendants responded with boilerplate objections and failed to produce any documents. After meeting and conferring with Defendants' counsel, Plaintiff was ultimately forced to file a Motion to Compel Discovery Responses, which was granted in whole.

1    On September 22, 2008, Judge Lloyd entered an Order requiring Defendants to supplement
2 their written discovery responses and produce all documents responsive to Plaintiff's discovery
3 requests no later than October 3, 2008.  Defendants supplemented their discovery responses on
4 November 24, 2008, and produced a number of documents.  Additionally, Plaintiff has served a
5 Subpoena on a third-party requesting various documents, but no response has yet been received.
6 Plaintiff will Subpoena the third-party for a deposition to take place in Reno, Nevada in June.
7 Plaintiff also noticed the depositions of several Defendants to take place in Los Angeles on
8 December 10, 11 and 12, 2008. Plaintiff was able to take the deposition of Defendant, FRANKLIN
9 JAY LOVE, and begin the Rule 30(b)(6) deposition of Defendant, INTERNATIONAL
10 COLLECTION CORPORATION.  However, the deposition was suspended after Defendants'
11 counsel suspended the deposition and pulled the witness. The parties completed the Rule 30(b)(6)
12 deposition on February 27, 2009 in Los Angeles.  Plaintiff has recently received the transcript from
13 the court reporter and it is being reviewed.  Additionally, Plaintiff has learned that the Defendant
14 sued under the name LUIGI CIOPPA is really a person named LUIGI S. ROSSI.  **Plaintiff will file**
15 **an Amended Complaint no later than June 5, 2009**, to substitute the correct name for this
16 Defendant.  Moreover, Plaintiff attempted to take the deposition of LUIGI S. ROSSI on December
17 10, 2008, but the witness failed to appear.  Plaintiff has discovered that Mr. Rossi has moved to an
18 address in Twin Lakes, Wisconsin.  Plaintiff will now be required to take locate Mr. Rossi and take
19 his deposition in Wisconsin.  This will create an additional delay, but should be completed by mid-
20 August.  Once these depositions are completed and necessary information obtained, Plaintiff
21 anticipates that additional documents will be Subpoenaed from third-parties.
22    The parties attended a mediation session with Carol Webster Millie on September 22, 2008.
23 Unfortunately the parties were unable to settle this matter.
24    In addition to substituting the correct name for Defendant, LUIGI S. ROSSI, **Plaintiff will**
25 **file an Amended Complaint no later than June 5, 2009**, to clarify the claims and class definition.
26 **Plaintiff will file a Motion for Class Certification no later than June 30, 2009**.
27    In light of the foregoing and the ongoing discovery in this case, Plaintiff respectfully requests
28 that the Case Management Conference currently set for June 5, 2009, at 10:30 a.m. be continued for

-2-

REQUEST TO CONTINUE CMC                                                                        Case No.  C07-05934-JF-HRL

1  sixty days.

2

3  Dated: June 1, 2009                                    /s/ Raeon R. Roulston
                                                          Raeon R. Roulston, Esq.
4                                                         Attorney for Plaintiff
                                                          CRIS JAO BRETANA
5

6                              **[PROPOSED] ORDER**

7       Having considered the Plaintiff's Request to Continue Case Management Conference, the

8  request is GRANTED.  A Case Management Conference shall be held on August 7, 2009,

9  at 10:30 a.m. in Courtroom 3.

10

11 Dated: 6/3/2009

12                                                        Honorable Jeremy Fogel
                                                          United States District Judge

-3-

REQUEST TO CONTINUE CMC                                   Case No. C07-05934-JF-HRL