Fred W. Schwinn (SBN 225575)
fred.schwinn@sjconsumerlaw.com
Raeon R. Roulston (SBN 255622)
raeon. roulston@sjconsumerlaw.com
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190

\*\*E-Filed 8/12/2009\*\*

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
CRIS JAO BRETANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CRIS JAO BRETANA, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>              Defendants. | Case No. C07-05934-JF-HRL<br><br>**PLAINTIFF'S FURTHER CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

On July 8, 2009, Plaintiff filed his Second Amended Complaint,[1] which clarified his FDCPA and RFDCPA claims against Defendants, and withdrew the class allegations. On July 21, 2009, Defendants, INTERNATIONAL COLLECTION CORPORATION, CHARLES D.

---

[1] (Doc. 72).

-1-

1  HENDRICKSON, and FRANKLIN JAY LOVE, filed their Answer.[2] On July 31, 2009, the parties

2  filed cross Motions for Summary Judgment,[3] which will be heard on September 4, 2009.

3      In light of the foregoing, and to save Defense counsel the necessity of making multiple trips

4  from Los Angeles to San Jose, Plaintiff respectfully requests that the Case Management Conference

5  currently set for August 14, 2009, at 10:30 a.m. be continued to September 4, 2009, and heard

6  concurrently with the parties' Motions for Summary Judgment.

8  Dated: August 7, 2009      /s/ Raeon R. Roulston
    Raeon R. Roulston, Esq.
9      Attorney for Plaintiff
    CRIS JAO BRETANA

11  **[PROPOSED] ORDER**

12      Having considered the Plaintiff's Request to Continue Case Management Conference, the

13  request is GRANTED. A Case Management Conference shall be held on  9/4/2009  ,

14  at ~~10:30~~ 9:00 a.m. in Courtroom 3.

16  Dated:  8/12/2009

    Honorable Jeremy Fogel
17      United States District Judge

---

27  [2]  (Doc. 73).

28  [3]  (Doc. 75 - 80).