| | |
|---|---|
| 1 | Fred W. Schwinn (SBN 225575) |
| | CONSUMER LAW CENTER, INC. |
| 2 | 12 South First Street, Suite 1014 |
| | San Jose, California  95113-2418 |
| 3 | Telephone Number: (408) 294-6100 |
| | Facsimile Number: (408) 294-6190 |
| 4 | Email Address: fred.schwinn@sjconsumerlaw.com |
| 5 | |
| | O. Randolph Bragg (IL Bar No. 6221983) (Pro Hac Vice) |
| 6 | Craig M. Shapiro (IL Bar No. 6284475) |
| | HORWITZ, HORWITZ & ASSOCIATES, LTD. |
| 7 | 25 East Washington Street, Suite 900 |
| | Chicago, Illinois  60602-1716 |
| 8 | Telephone Number: (312) 372-8822 |
| | Facsimile Number: (312) 372-1673 |
| 9 | Email Address: rand@horwitzlaw.com |
| 10 | Attorneys for Plaintiff |
| | CRIS JAO BRETANA |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CRIS JAO BRETANA,<br><br>                    Plaintiff,<br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity, LUIGI S. ROSSI, A/K/A LUIGI CIOPPA, individually and in his official capacity, and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>                    Defendants. | Case No. C07-05934-JF-HRL<br><br>**SUPPLEMENTAL DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:         September 4, 2009<br>Time:        9:00 a.m.<br>Judge:       Honorable Jeremy Fogel<br>Courtroom: 5, 4th Floor<br>Place:       280 South First Street<br>              San Jose, California |

I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

- 1 -
SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
Case No. C07-05934-JF-HRL

1.  I am an attorney at law duly licensed to practice before all the courts of the State of California and in this judicial district and am a shareholder in the law firm Consumer Law Center, Inc., attorneys of record for Plaintiff, CRIS JAO BRETANA.

2.  I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3.  On December 11, 2008, I took the deposition of Franklin Jay Love in this action. A true and accurate copy of the cover page, the oath, the cited portions and the reporter's certificate of that deposition are attached hereto and marked Exhibit "A."

4.  On November 15, 2008, I attended the Deposition of Plaintiff, CRIS JAO BRETANA. A true and accurate copy of the cover page, the oath, the cited portions and the reporter's certificate of that deposition are attached hereto and marked Exhibit "B."

5.  On December 12, 2008 and February 24, 2009, I took the deposition of ICC's 30(b)(6) witness in this action. A true and accurate copy of the cover page, the oath, the cited portions and the reporter's certificate of that deposition are attached hereto and marked Exhibit "C."

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -
SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
Case No. C07-05934-JF-HRL

1     Executed at San Jose, California on August 21, 2009

/s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
CRIS JAO BRETANA

---

- 3 -
SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
Case No. C07-05934-JF-HRL