**E-Filed 9/30/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation; CHARLES D. HENDRICKSON, individually and in his official capacity; LUIGI S. ROSSI A/K/A LUIGI CIOPPA, individually and in his official capacity; and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>　　　　　Defendant. | Case Number 07-05934 JF (HRL)<br><br>JUDGMENT |

　　The Court having granted Plaintiff's motion for summary judgment and denied Defendants' cross-motion for summary judgment, judgment is hereby entered for Plaintiff and against Defendants.

DATED: 9/29/09

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 07-05934 JF (HRL)
JUDGMENT
(JFEX1)

1  This Judgment has been served upon the following persons:
2
3  Fred W. Schwinn           fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com
4
5  Larry Rothman              tocollect@aol.com

   O. Randolph Bragg       rand@horwitzlaw.com, shannon@horwitzlaw.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. 07-05934 JF (HRL)
JUDGMENT
(JFEX1)